UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL L. CALLOWAY SR. And | ) | Case No. 09-16011–WV |
| LILLIE E. CALLOWAY, | ) | Chapter 7 |
| | ) | |
|   Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RED RIVER ROOFING AND | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. No.  10-01043 |
| | ) | |
| MICHAEL L. CALLOWAY, SR. AND | ) | |
| LILLIE E. CALLOWAY, | ) | |
| | ) | |
|   Defendants. | ) | |

## ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 9010(b), David L. Nunn hereby enters his appearance in this

adversary proceeding as counsel for Plaintiff, Red River Roofing and Construction, Inc.

Respectfully submitted,

/s/ David L. Nunn
DAVID L. NUNN, OBA # 14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF