**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:  MICHAEL L. CALLOWAY, SR.<br>         LILLIE E. CALLOWAY<br><br>   Debtors.<br><br><br>RED RIVER ROOFING &<br>CONSTRUCTION, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL L. CALLOWAY, SR. &<br>LILLIE E. CALLOWAY,<br><br>   Defendants. | Case No. 09-16011 WV<br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding<br>Case No. 10-01043 WV |

**ANSWER**

MICHAEL L. CALLOWAY, SR. and LILLIE E. CALLOWAY, Debtors in the above-captioned Chapter 7 proceeding and Defendants in this adversary proceeding, herein answer the Complaint of Red River Roofing & Construction, Inc.  Defendants acknowledge that many of Plaintiff's paragraphs contain multiple factual allegations. To the extent that Defendants cannot admit to each separate allegation contained in a given paragraph, it is Defendants' intent to deny said paragraph *in toto*.  For their answer, Defendants respectfully aver and maintain as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. DENIED.  Defendants demand strict proof of same.

10. DENIED.  Defendants demand strict proof of same.

11. DENIED.  Defendants demand strict proof of same.

12. DENIED.  Defendants demand strict proof of same.

13. DENIED.  Defendants demand strict proof of same.

14. DENIED.  Defendants demand strict proof of same.

15. DENIED.  Defendants demand strict proof of same.

16. DENIED.  Defendants demand strict proof of same.

17. DENIED.  Defendants demand strict proof of same.

18. DENIED.  Defendants demand strict proof of same.

19. DENIED.  Defendants demand strict proof of same.

20. DENIED.  Defendants demand strict proof of same.

21. DENIED.  Defendants demand strict proof of same.

22. DENIED.  Defendants demand strict proof of same.

23. DENIED.  Defendants demand strict proof of same.

24. DENIED.  Defendants demand strict proof of same.

WHEREFORE, having answered Plaintiff's complaint, Defendants request that the Court dismiss the Complaint; that judgment be rendered for Defendants and against Plaintiff; that Plaintiff take nothing by its complaint; for necessary costs and

attorney fees for the Defendants, and; for other such relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815
Jerry D. Brown, P.C.
5500 N. Western, Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001 (Fax)

**CERTIFICATE OF SERVICE**

I, Jerry D. Brown, hereby certify that on the _____26_____ day of Apr-10, a true and correct copy of the above and foregoing instrument was mailed, with proper postage prepaid (or properly served via ECF), to the following parties:

| | |
|---|---|
| David L. Nunn<br>PO Box 230<br>17 E. 1st Street<br>Edmond, OK 73083-0230<br>Attorney for Plaintiff<br>VIA ECF | Mr./Ms. Calloway<br>PO Box 2031<br>Edmond, OK 73083<br>VIA US MAIL |

/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815

3