UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

## SCHEDULING CONFERENCE NOTICE

You are hereby notified that the following **SCHEDULING CONFERENCES** will be heard on the **AUGUST 5, 2010** before Judge T. M. Weaver, 9th Floor Library, Old Post Office Building, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma.

**NOTICE TO COUNSEL:** **Two copies** of a **Joint Status Report**, signed by all counsel and *pro se* parties, **are to be delivered to chambers** not later than **JULY 28, 2010 .** This is not the final pretrial order (although the format should be similar), **does not** require the signature of the Judge, and **should *not* be filed** with the clerk's office. The **Joint Status Report** should include a concise statement of the matter to inform the Court of the basic factual background and primary contentions of the parties. Failure to comply with this notice may result in the imposition of appropriate sanctions pursuant to FED. R. BANKR. P. 7016(f) and Local Bankr. Rule 7016(e).

Please notify the courtroom deputy at (405) 609-5612 or law clerk (405) 609-5611 of the settlement or resolution of any matter not later than at least two business days prior to the date of the hearing. Failure timely to provide such notice shall require counsel's attendance at the hearing to make appropriate announcement

**9:30 a.m.**

| | |
|---|---|
| 09-14268 | **THOMAS JAMES PERKINS** |
| **Adv. 09-1156** | Bart's Car Corner, Inc. (Donald Ferguson) |
| | vs. Thomas James Perkins (Pro Se) |
| | |
| 10-10501 | **RICHARD WILLIAMS AND SAMANATHA KAYE DITATA** |
| **Adv. 10-1063** | Brenda K.. Cahlhoun (PRO SE) |
| | vs.  Samantha Kaye Ditata & Richard Williams Ditata (Shawn D. Hodges) |
| | |
| 09-14813 | **DONALD LEE WATKINS BAYLESS** |
| **Adv. 10-1008** | Andrew Medford (Ryan M. Oldfield) |
| | vs. Donald Lee Watkins Bayless a/k/a Donald Lee Watkins (John W. Cloar) |

**10:00 a.m.**

| | |
|---|---|
| 09-26336<br>**Adv. 10-1018** | **MALISSA MICHELLE YOSCAK**<br>Tom Velasquez ( Kenneth L. Spears)<br>vs. Malissa Michelle Yoscak (Ealine Arnold) |
| 09-12881<br>**Adv. 10-1013** | **MARK DWAYNE HAWKINS**<br>Susan Manchester, Trustee<br>vs. Leonard Hawkins (Mark Toffoli) |
| 08-14793<br>**Adv. 10-1030(B)** | **MARILYN KAY GRAHAM**<br>Lyle R. Nelson, Trustee<br>vs. Marilyn Kay Graham and James Grigsby, Jr. (Andrew E. Karim) |
| 09-16011<br>**Adv. 10-1043(B)** | **MICHAEL L. CALLOWAY, SR.  AND LILLIE E. CALLOWAY**<br>Red River Roofing & Construction, Inc. (David L. Nunn)<br>vs. Michael L. Calloway, Sr. & Lillie E. Calloway (Jerry Brown) |