UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL L. CALLOWAY SR. And ) | Case No. 09-16011–WV |
| LILLIE E. CALLOWAY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| RED RIVER ROOFING AND ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV. No. 10-01043 |
| ) | |
| MICHAEL L. CALLOWAY, SR. AND ) | |
| LILLIE E. CALLOWAY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of a Subpoena In An Adversary Proceeding subpoenaing documents from VEMAC, LLC, and issued in this matter on June 17,2010, is being mailed by regular mail (except as indicated below), postage prepaid on the 17th day of June, 2010, to:

**By Certified Mail, Return Receipt Requested:**

VEMAC, LLC, aka VEMAC Group
2801 Coltrane Place, Suite 2
Edmond, OK 73034

Jerry D. Brown
Attorney at Law
5500 N. Western, Ste. 150
Oklahoma City, OK 73118

Attorney for Michael and Lillie Calloway

1–

**By Certified Mail, Return Receipt Requested:**
VEMAC, LLC, aka VEMAC Group
PO Box 850828
Yukon, OK 73085-0828

          Respectfully submitted,

            s/ David L. Nunn
          DAVID L. NUNN, OBA #14512

          -Of the Firm-

          DAVID L. NUNN, P.C.
          PO Box 230
          Edmond, Oklahoma 73083-0230
          (405) 330-4053
          (405) 330-8470 (fax)
          ATTORNEY FOR PLAINTIFF