### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  MICHAEL L. CALLOWAY, SR.<br>             LILLIE E. CALLOWAY<br><br>    Debtors.<br><br><br>RED RIVER ROOFING &<br>CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL L. CALLOWAY, SR. &<br>LILLIE E. CALLOWAY,<br><br>    Defendants. | Case No. 09-16011 WV<br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding<br>Case No. 10-01043 WV |

### APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD

JERRY D. BROWN, of Jerry D. Brown, P.C. ("Counsel"), herein requests that the Court enter an Order allowing him to withdraw as attorney of record for Michael and Lillie Calloway, the Defendants in these proceedings. In support of his requested relief, Counsel avers as follows:

1. Counsel obtained on behalf of the Defendants the best possible settlement that Counsel could have obtained in these proceedings, and Defendants rejected the settlement.

2. Defendants have expressed a desire to proceed *pro se* in these proceedings, and evidenced by Mr. Calloway's statements at the Scheduling Conference held by the Court.

WHEREFORE, given the above facts and circumstances, Counsel requests that the Court enter an Order allowing him to withdraw as counsel for the Defendants, and for other such relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815
Jerry D. Brown, P.C.
5500 N. Western, Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001 (Fax)

## CERTIFICATE OF SERVICE

I, Jerry D. Brown, hereby certify that on the _____09_____ day of Aug-10, a true and correct copy of the above and foregoing instrument was mailed, with proper postage prepaid (or properly served via ECF), to the following parties:

| | |
|---|---|
| David L. Nunn<br>PO Box 230<br>17 E. 1st Street<br>Edmond, OK 73083-0230<br>Attorney for Plaintiff<br>VIA ECF | Mr./Ms. Calloway<br>PO Box 2031<br>Edmond, OK 73083<br>VIA US MAIL |

/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815

2