UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL L. CALLOWAY SR. And | ) | Case No. 09-16011–WV |
| LILLIE E. CALLOWAY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RED RIVER ROOFING AND | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. No. 10-01043 |
| | ) | |
| MICHAEL L. CALLOWAY, SR. AND | ) | |
| LILLIE E. CALLOWAY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of a Subpoena In An Adversary Proceeding subpoenaing documents from Yellowbook, and issued in this matter on August 12, 2010, is being mailed by regular first class mail (except as indicated below), postage prepaid on the 12th day of August, 2010, to:

**By Certified Mail, Return Receipt Requested:**

A Plus Medical Care Inc.
2801 Coltrane Place, Ste. 2
Edmond, OK 73034-6782

Jerry D. Brown
Attorney at Law
5500 N. Western, Ste. 150
Oklahoma City, OK 73118
Attorney for Michael and Lillie Calloway

1–

| | |
|---|---|
| **By Certified Mail, Return Receipt Requested:**<br>Yellowbook<br>4045 N.W. 64th Street, Ste. 400<br>Oklahoma City, OK 73116 | A Plus Medical Care Inc.<br>2801 Coltrane Place, Ste. 2<br>Edmond, OK 73034-6782<br><br>Yellowbook Corporate Legal<br>Attn: Legal Dept.<br>398 RXR Plaza<br>Union Dale, NY 11556 |

Respectfully submitted,

\_\_\_s/ David L. Nunn_____
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF