UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: )<br>)<br>MICHAEL L. CALLOWAY SR. And )<br>LILLIE E. CALLOWAY, )<br>)<br>  Debtors. )<br>_____ )<br>)<br>RED RIVER ROOFING AND )<br>CONSTRUCTION, INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. CALLOWAY, SR. AND )<br>LILLIE E. CALLOWAY, )<br>)<br>  Defendants. ) | Case No. 09-16011–WV<br>Chapter 7<br><br><br><br><br><br><br><br><br>ADV. No. 10-01043 |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of a Subpoena In An Adversary Proceeding subpoenaing documents from AT & T Yellow Pages, and issued in this matter on August 12, 2010, is being mailed by regular first class mail (except as indicated below), postage prepaid on the 12th day of August, 2010, to:

| | |
|---|---|
| **By Certified Mail, Return Receipt Requested:**<br>A Plus Medical Care Inc.<br>2801 Coltrane Place<br>Edmond, OK 73034 | Jerry D. Brown<br>Attorney at Law<br>5500 N. Western, Ste. 150<br>Oklahoma City, OK 73118<br>Attorney for Michael and Lillie Calloway |

1–

**By Certified Mail, Return Receipt Requested:**
AT & T Yellow Pages
205 NW 63rd Street
Oklahoma City, OK 73116-8254

AT & T Yellow Pages
Attn: Legal Dept.
1 ATT Center # 3600
St.  Louis, MO 63101

A Plus Medical Care Inc.
2801 Coltrane Place
Edmond, OK 73034

Respectfully submitted,

  s/ David L. Nunn
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF