UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL L. CALLOWAY SR. And ) | Case No. 09-16011–WV |
| LILLIE E. CALLOWAY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| RED RIVER ROOFING AND ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV. No. 10-01043-WV |
| ) | |
| MICHAEL L. CALLOWAY, SR. AND ) | |
| LILLIE E. CALLOWAY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MAILING OF SUBPOENA

This is to certify that a copy of a Subpoena In An Adversary Proceeding subpoenaing documents from Tinker Federal Credit Union, and issued in this matter on August 18, 2010, is being mailed by regular first class mail (except as indicated below), postage prepaid on the 18th day of August, 2010, to:

**By Certified Mail, Return Receipt Requested:**
Tinker Federal Credit Union
PO Box 45750
TAFB, OK 73145-0750

Jerry D. Brown
Attorney at Law
5500 N. Western, Ste. 150
Oklahoma City, OK 73118
Attorney for Michael and Lillie Calloway

–1–

Respectfully submitted,

  s/ David L. Nunn
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF

2–