

**Dated: August 19, 2010 12:19:59**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL L. CALLOWAY SR. | ) Case No. 09-16011-WV |
| LILLIE E. CALLOWAY, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| RED RIVER ROOFING AND | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ADV. No. 10-01043 |
| | ) |
| MICHAEL L. CALLOWAY, SR. | ) |
| AND LILLIE E. CALLOWAY, | ) |
| | ) |
| Defendants. | ) |

### DEFAULT ORDER GRANTING MOTION
### TO WITHDRAW AS COUNSEL OF RECORD

On August 9, 2010, Jerry D. Brown, of JERRY D. BROWN, P.C., (hereinafter "Movant") filed a motion to withdraw as counsel of record in the above-captioned

case. Notice was properly mailed to all interested parties. The deadline to object or otherwise respond to the pleading expired without any thereto being filed. Based on the representations of counsel, and for this and other good cause being shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Movant's motion to withdraw as counsel of record in the above captioned proceeding will be and the same is hereby GRANTED, and counsel is excused of further service.

APPROVED:

_____
Jerry D. Brown, OBA #16815
Jerry D. Brown, P.C.
5500 N. Western, Suite 150
Oklahoma City, OK 73118
(405) 841-1000

###

2