UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL L. CALLOWAY SR. And | ) | Case No. 09-16011–SAH |
| LILLIE E. CALLOWAY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RED RIVER ROOFING AND | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. No. 10-01043-SAH |
| | ) | |
| MICHAEL L. CALLOWAY, SR. AND | ) | |
| LILLIE E. CALLOWAY, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to this court's August 5, 2010 Scheduling Order, Plaintiff, Red River Roofing and Construction, Inc., hereby submits the below <u>preliminary</u> witness and exhibit list:

### Plaintiff's Preliminary Witness List

| Name | Address | Proposed Testimony |
|---|---|---|
| Steve Collyar | c/o David L. Nunn<br>David L. Nunn, P.C.<br>PO Box 230<br>Edmond, OK 73083-2030 | All facts related to the contracting with defendant Michael L. Calloway, the performance of the contract by Red River Roofing, and all matters related to Plaintiff's claims/contentions and/or Defendants' defenses. |

1

| Name | Address | Proposed Testimony |
|---|---|---|
| Michael L. Calloway, Sr. | 19445 Sportsman Road<br>PO Box 2031<br>Edmond, OK 73083-2031 | All facts related to: (1) The substance, detail, and veracity of information/answers in the Schedules, SOFA, 2004 Examination, and Meeting of Creditors; (2) Debtors' intentions (or lack thereof) to pay Red River as agreed; (3) Debtors' disposition of the insurance check and intention to injure Red River Roofing; (4) Asset value and operations of Debtors' many companies, and the transfer to VEMAC; (5) All other facts related to Plaintiff's claims/contentions, and/or Defendants' defenses. |
| Lillie E. Calloway | 19445 Sportsman Road<br>PO Box 2031<br>Edmond, OK 73083-2031 | All facts related to: (1) The substance, detail, and veracity of information/answers in the Schedules, SOFA, 2004 Examination, and Meeting of Creditors; (2) Debtors' intentions (or lack thereof) to pay Red River as agreed; (3) Debtors' disposition of the insurance check and intention to injure Red River Roofing; (4) Asset value and operations of Debtors' many companies, and the transfer to VEMAC; (5) All other facts related to Plaintiff's claims/contentions, and/or Defendants' defenses. |
| Custodian of Records for Tinker Federal Credit Union | Tinker Federal Credit Union<br>PO Box 45750<br>Oklahoma City, OK 73145-0750 | Authentication of various bank statements and related records |

| Name | Address | Proposed Testimony |
|---|---|---|
| Custodian of Records for JP Morgan Chase Bank | JP Morgan Chase Bank, N.A. 7610 West Washington Street Indianapolis, IN 46231 | Authentication of various bank statements and related records |

All witnesses listed or called by Defendants, and not objected to by Red River Roofing

Any witness necessary to authenticate any document

Necessary rebuttal or impeachment exhibits.

All other witnesses identified during discovery

Plaintiff's Preliminary Exhibit List

| No. | Description | Objection | Evidence Rule Relied Upon |
|---|---|---|---|
| | Picture of Debtors' Home at 19445 Sportsman Road, Edmond, Oklahoma | | |
| | Picture of Debtors' Tennis Court at 19445 Sportsman Road, Edmond, Oklahoma | | |
| | State Court Judgment entered in Oklahoma County, Case No. CJ-2009-5056. | | |
| | State Farm Insurance Check No. 126749038J in the amount of $30,465.63 (front and back) | | |
| | State Farm Insurance Check No. 876 473 in the amount of $5,664.29 (front and back) | | |
| | Debtors' Voluntary Chapter 7 Petition, Schedules, and Statement of Financial Affairs (docket sheet item No. 1), filed October 26, 2009. | | |

3

| No. | Description | Objection | Evidence Rule Relied Upon |
|---|---|---|---|
| | Transcript of Meeting of Creditors Held December 9, 2009 | | |
| | Plaintiff 's First Request For Admissions, First Interrogatories, and First Request For Production of Documents to Defendants, mailed June 3, 2010 | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for A Plus Medical Care Inc. | | |
| | Oklahoma Secretary of State Certificate of Good Standing for A Plus Medical Care of Oklahoma, Inc. | | |
| | Oklahoma Secretary of State Certificate of Suspension for A Plus Medical Care Inc. | | |
| | Oklahoma Secretary of State Certificate of Good Standing for Medical Enterprises, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for A Plus Medical Care Inc. | | |
| | Oklahoma Secretary of State Certificate of Suspension for A Plus Medical Care of Oklahoma, Inc. | | |
| | Arkansas Secretary Certified Copy of All Records on file for A Plus Medical Care of Arkansas, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for A Plus Medical Care of Oklahoma, INc. | | |
| | Docket Sheet from APMC, Inc. lawsuit, Case No. 5:08-cv-00249-L, pending in the United States District Court for the Western District of Oklahoma ("APMC Lawsuit) | | |

| No. | Description | Objection | Evidence Rule Relied Upon |
|---|---|---|---|
| | Affidavit of Michael Calloway executed and filed in APMC Lawsuit | | |
| | Corporate Disclosure Statement from APMC Lawsuit | | |
| | Various checks to Kace King, IMG Academies, St. Leo's University | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for A Plus Medical Care Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for Medical Enterprises, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for High Expectations, LLC | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for A Plus Medical Care of Oklahoma, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for Part-Time Services LLC | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for The Next Level Sports Management, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for All In One Property Management Services, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Incorporation for Perception Consulting, Inc. | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Conversion for Perception Consulting, LLC | | |

| No. | Description | Objection | Evidence Rule Relied Upon |
|---|---|---|---|
| | Oklahoma Secretary of State Certified Copy of Certificate of Conversion for All In One Property Management Services, LLC | | |
| | Oklahoma Secretary of State Certified Copy of Documents on File for VEMAC, LLC | | |
| | Various Checks payable to insurance companies, to include Lincoln National Life, American General Life, and Selected Funeral and Life Insurance | | |
| | Oklahoma Secretary of State Certified Copy of Certificate of Limited Liability for Premier Providers, LLC | | |
| | Internet Advertisement for VEMAC Groupyp | | |
| | Documents subpoenaed from JP Morgan Chase Bank, N.A. | | |
| | Documents subpoenaed from Tinker Federal Credit Union. | | |
| | All documents used or listed by Defendants and not objected to by Red River Roofing. | | |
| | Additional documents identified during discovery. | | |
| | Necessary Rebuttal exhibits | | |

Respectfully submitted,
/s/ David L. Nunn
DAVID L. NUNN, OBA #14512
-Of the Firm-
DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

  I hereby certify that on August 20, 2010 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit the above and foregoing pleading to the following:

Herbert M. Graves Ustpregion20.oc.ecf@usdoj.gov
Lyle R. Nelson lyle@lylenelsonlaw.com, ok04@ecfcbis.com
David L.  Nunn dnunn@davidlnunnpc.com

  This is to further certify that the above and foregoing was mailed, postage prepaid, on the 20th day of August, 2010  to the following entities:

  Michael and Lillie Calloway
  PO Box 2031
  Edmond, OK 73083-2031

            /s/ David L. Nunn
            David L. Nunn