UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL L. CALLOWAY SR. And ) | Case No. 09-16011–SAH |
| LILLIE E. CALLOWAY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| RED RIVER ROOFING AND ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV. No.  10-01043-SAH |
| ) | |
| MICHAEL L. CALLOWAY, SR. AND ) | |
| LILLIE E. CALLOWAY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S APPLICATION FOR LEAVE OF COURT TO FILE OVERSIZE APPENDIX**

    Plaintiff, Red River Roofing and Construction, Inc. anticipates filing a motion for summary judgment on or before September 20, 2010.  Local Rule 7010 limits to 25 pages evidentiary material filed in support of motions absent leave of court.  Plaintiff's appendix of evidence ("Appendix") is in excess of this limitation.  Exceeding the 25 page limitation is necessary because the necessary documentation in support of the summary judgment motion will consist of approximately 380 pages.  Defendants are representing themselves pro se.  Plaintiff does not know if Defendants oppose this request.  Sufficient cause exists to allow the filing of an oversize Appendix.

Wherefore, Plaintiff requests that it be allowed to file an oversize Appendix in support of its summary judgment motion, and consisting of approximately 380 pages.

1

Respectfully submitted,

/s/ David L. Nunn
DAVID L. NUNN, OBA #14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit the above and foregoing pleading to the following:

Herbert M. Graves Ustpregion20.oc.ecf@usdoj.gov
Lyle R. Nelson lyle@lylenelsonlaw.com, ok04@ecfcbis.com
David L. Nunn dnunn@davidlnunnpc.com

This is to further certify that the above and foregoing was mailed, postage prepaid, on the 14th day of September, 2010 to the following entities:

Michael and Lillie Calloway
PO Box 2031
Edmond, OK 73083-2031

/s/ David L. Nunn
David L. Nunn

2