

**Dated: September 14, 2010 13:30:08**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL L. CALLOWAY SR. And | ) | Case No. 09-16011–SAH |
| LILLIE E. CALLOWAY, | ) | Chapter 7 |
| | ) | |
|   Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RED RIVER ROOFING AND | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. No. 10-01043-SAH |
| | ) | |
| MICHAEL L. CALLOWAY, SR. AND | ) | |
| LILLIE E. CALLOWAY, | ) | |
| | ) | |
|   Defendants. | ) | |

**ORDER AUTHORIZING FILING OF OVERSIZE APPENDIX BY PLAINTIFF IN
<u>SUPPORT OF SUMMARY JUDGMENT MOTION</u>**

This matter comes on for consideration pursuant to the Plaintiff's Application For Leave

1–

of Court to File Oversize Appendix, filed September 14, 2010. In consideration of the application, and for cause shown, the application is hereby granted. In support of its summary judgment motion, Plaintiff is hereby granted leave of court to file an oversize evidentiary appendix consisting of approximately 380 pages.

# # # #

Approved For Entry:

 /s/ David L. Nunn
DAVID L. NUNN, OBA #14512

- Of the Firm -

DAVID L. NUNN, P.C.
PO Box 230
17 East First Street
Edmond, OK 73083-0230
405-330-4053
405-330-8470 (fax)
ATTORNEY FOR PLAINTIFF