## Read Message

 Previous  Next  Back to: **Inbox**

**From:** Vicki Beeler <vbeeler@gmail.com>
**Date:** 2010/07/27 Tue AM 06:09:40 CDT
**To:** dnunn@davidlnunnpc.com
**Subject:** Meeting of Creditors Re Micheal & Lillie Calloway

Reply   Reply All   Forward        Delete        Move To:  (Choose Folder)

Hi David,

Attached is an ASCII file of the Creditors Meeting.  Hard copies to follow.  Thanks!  Vicki

--
Vicki Beeler, CSR
2521 Northwest 58th Place
Oklahoma City, Oklahoma 73112
(405) 840-6060

---

1

1           IN THE UNITED STATES BANKRUPTCY COURT

2           FOR THE WESTERN DISTRICT OF OKLAHOMA

3
     In re:                          )
4                                    )
     MICHAEL L. CALLOWAY, SR. and    ) Case No: 09-16011-BH
5    LILLIE E. CALLOWAY,             ) Chapter 7
                                     )
6           Debtors.                 )

7

8
            TRANSCRIPT OF MEETING OF CREDITORS
9
       HELD BEFORE LYLE R. NELSON, TRUSTEE
10
            ON DECEMBER 9, 2009
11

12

13
                  APPEARANCES
14

15   On behalf of the CREDITOR RED RIVER ROOFING:

16   MARK L. HOOSE
     17 East First Street
17   Edmond, Oklahoma   73083
     (405) 330-4053
18
     On behalf of the DEBTORS:

19   JERRY D. BROWN



PLAINTIFF'S
EXHIBIT
2

20  Jerry D. Brown, P.C.
    One Western Plaza
21  5500 North Western, Suite 150
    Oklahoma City, Oklahoma  73118
22  (405) 841-1000

23

24  REPORTED BY: VICKI BEELER, CSR

25

□                                                          2

1

2                    DEPOSITION INDEX

3  ITEM                                          PAGE

4  Examination by Mr. Brown. . . . . . . . . . . .3

5  Examination by Mr. Hoose. . . . . . . . . . . .6

6  Examination by Mr. Nelson . . . . . . . . . . 15

7  Certificate Page. . . . . . . . . . . . . . . 23

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

□                                                              3

```
 1                TRANSCRIPT OF PROCEEDINGS
 2            MR. NELSON:  We will go ahead and do Michael
 3   and Lillie Calloway, 09-16011.   Let's see some
 4   Social.  Have a seat over there.   IDs match with
 5   mine.
 6                    *   *   *   *
 7            MICHAEL L. AND LILLIE E. CALLOWAY,
 8   having been duly sworn, testified as follows:
 9                        EXAMINATION
10   BY MR. BROWN:
11       Q.   For the record, Jerry D. Brown is here
12   representing the debtors.
13       Sir, state your name for the record, please?
14       A.   Michael Calloway, Sr.
15            MR. BROWN:  And, ma'am, would you state your
16   name for the record, please?
17            LILLIE CALLOWAY:  Lillie Evette Calloway.
18   BY MR. BROWN:
19       Q.   Sir, would you please state your current
20   address?
21       A.   19445 Sportsman Road, Edmond, Oklahoma,
22   73012.
23       Q.   Okay.  And you also have a different mailing
24   address; is that correct?
25       A.   Yes.
```

□                                                              4

```
 1       Q.   Would you also provide that for the record?
```

2      A.    Post Office Box 2031, Edmond, Oklahoma,

3   73083.

4      Q.    Are those both the same addresses as you

5   listed on the petition; is that correct?

6      A.    Yes.

7      Q.    How long have you lived at your residence?

8      A.    Nine years.

9      Q.    Did you provide my office with the

10   information that we used to prepare the legal files

11   in this case.

12      A.    Yes, we did.

13      Q.    Did you have a chance to review those

14   documents before they were filed?

15      A.    Yes.

16      Q.    Did you sign those documents?

17      A.    Yes.

18      Q.    Are those documents true, full and accurate

19   to the best of your knowledge?

20      A.    Yes.

21      Q.    Are we listing everything you own and

22   everyone you owe money to?

23      A.    Yes.

24      Q.    Are there any errors or omissions you need

25   to bring to the Trustee's attention at this time?

5

1      A.    No.

2      Q.    Are you expecting any type of financial

3   windfall in the future like an inheritance or a

4   property settlement, anything of that nature?

5      A.    No.

6      Q.    As far as you know do you have the right to

```
 7  sue anyone as a result of anything that has happened

 8  to you?  Do you have a right to sue anyone?

 9      A.   No.

10      Q.   Any causes of action like personal injury or

11  workers' comp?

12      A.   No.

13      Q.   Is this your first bankruptcy?

14      A.   No.

15      Q.   When was the last time you filed bankruptcy?

16  Was it over eight years ago?

17      A.   Yes, it was over eight years ago.

18      Q.   Was it just straight bankruptcy like this

19  one?

20      A.   No.

21      Q.   Chapter 7?

22      A.   No.

23      Q.   Was it a Chapter 13?

24      A.   Yes.

25      Q.   Did it go through?
```

□                                                6

```
 1      A.   Yes.

 2      Q.   And I understand the main reason to cause

 3  you to have to file this bankruptcy is a failed

 4  business; is that correct?

 5      A.   Yes.

 6           MR. BROWN:  Ma'am, for the record, did you

 7  hear the questions I asked your husband directly?

 8           LILLIE CALLOWAY:  I did.

 9           MR. BROWN:  Did you hear his answers?

10           LILLIE CALLOWAY:  I did.

11           MR. BROWN:  Would your answers to those same
```

12  questions be any different than his?

13          LILLIE CALLOWAY:  No, they wouldn't be.

14          MR. BROWN:  Okay.  Nothing further.

15          MR. NELSON:  Parties present with questions?

16                  EXAMINATION

17  BY MR. HOOSE:

18      Q.  Mark Hoose on behalf of Red River Roofing.

19  Mr. Calloway, you entered into a contract on or about

20  October 15th of 2008 with Red River Roofing to do

21  roof repairs to your primary residence; is that

22  correct?

23      A.  Yes.

24      Q.  And you issued a check out to them for

25  approximately $5,000, and there was a balance due in

                                                    7

1  excess of $15,000 for further repairs.  Is that

2  approximately right?

3      A.  Yes.

4      Q.  Was that a loss which was covered by your

5  insurance?

6      A.  Yes.

7      Q.  And did you receive any insurance proceeds

8  to cover the work that was done by Red River?

9      A.  Yes.

10      Q.  And what did you do with those insurance

11  proceeds?

12      A.  Went through the mortgage -- the mortgage

13  companies --

14          LILLIE CALLOWAY:  Re-deposited it.

15          MICHAEL CALLOWAY:  Re-deposited it.

16  BY MR. HOOSE:

17     Q.   Okay.  Is the money then -- is the money

18  still at the mortgage company waiting to be paid or

19  was it sent --

20     A.   No, they got it all.

21          LILLIE CALLOWAY:  They deposited.

22  BY MR. HOOSE:

23     Q.   The mortgage company?

24     A.   Uh-huh, and they released part of it, and

25  that is when we paid them a portion and the rest of

□                                                    8

 1  it they took.

 2     Q.   Approximately how much money did the

 3  mortgage company take?

 4          LILLIE CALLOWAY:  Like 2,000 --

 5          MICHAEL CALLOWAY:  Yes.

 6          MR. HOOSE:  How much?

 7          LILLIE CALLOWAY:  I don't know exactly the

 8  amount.

 9  BY MR. HOOSE:

10     Q.   How much money was the total insurance loss?

11  Weren't you supposed to be receiving a check for

12  approximately $60,000 for the damages to the home?

13     A.   How much?

14          LILLIE CALLOWAY:  Like 2,000 or so.

15  BY MR. HOOSE:

16     Q.   What was the amount of the insurance loss

17  that you recall?

18     A.   I don't know the total amount.

19     Q.   Do you have any documentation related to

20  that?

21          LILLIE CALLOWAY:  We have the amount.

22    MICHAEL CALLOWAY:  The amount.

23    LILLIE CALLOWAY:  That we got paid.

24    MICHAEL CALLOWAY:  The amount of what we got

25  paid.


9

1    LILLIE CALLOWAY:  That's all.

2    MICHAEL CALLOWAY:  And that's all we had.

3  BY MR. HOOSE:

4    Q.  Can you provide that to your attorney?

5    A.  Yes.

6    Q.  Who was your insurance company?

7    A.  State Farm.

8    Q.  State Farm.  And you did not receive any of

9  that money which you used for your own use?

10    A.  No.

11    Q.  At the time that you entered into this

12  contract, it appears in the calendar year 2008 that

13  your income from all sources combined was

14  approximately $33,000; is that correct?

15    A.  Yeah, if that is what is on my tax returns.

16    Q.  On your statement of financial affairs you

17  indicated your income was $33,000?

18    A.  Yes.

19    Q.  And at this point in time I believe on your

20  Schedule I, you are showing that your income is

21  approximately $2,779.80 and that is including $1,885

22  in unemployment compensation; is that correct?

23    A.  Yes.

24    Q.  Are you current on your house at this point

25  in time?

☐                                                                    10

1      A.    Not as of this month.  Behind one month.

2      Q.    You are behind one month.  What about your

3   rental property, are you current on it?

4      A.    I am behind this month.

5      Q.    You are behind this month.  According to

6   your Schedule J that your home mortgage payment is

7   $4,911.74, is that for the first mortgage on both

8   properties combined?

9          LILLIE CALLOWAY:  You said 4,000?

10          MICHAEL CALLOWAY:  4,000.

11          MR. HOOSE:  Yes, it shows the combined --

12          LILLIE CALLOWAY:  I think it's for both

13   properties, yeah.

14          MICHAEL CALLOWAY:  That's both.

15          LILLIE CALLOWAY:  Yes.

16   BY MR. HOOSE:

17      Q.    Can you explain to me how you have been able

18   to maintain this $4,911.74 per month for your primary

19   residence and rental property if your income is

20   substantially less than that?

21      A.    I have just been doing odds and end jobs.

22   Cutting glass and things of that nature.

23      Q.    Did you report that income on your schedules

24   here?

25          LILLIE CALLOWAY:  It's here.


☐                                                                    11


1          MICHAEL CALLOWAY:  It's on here.

2   BY MR. HOOSE:

3      Q.    But this income basically shows that you are

4    earning $2,779.80 per month and your mortgage

5    payments alone are $4,911.74 per month?

6      A.    We was current on everything before we

7    filed.

8      Q.    It shows that you made payments in August,

9    September and October to Bank Of America on your

10   first mortgage totaling $9,519.75.  And it shows you

11   made payments in August, September and October of

12   2009 to Bank Of America on the rental property in the

13   amount of 2,671.47.  That is 11,000 -- approximately

14   $12,000 in total payments.  Where did that money come

15   from?

16          LILLIE CALLOWAY:  Our earnings.

17          MICHAEL CALLOWAY:  Our business and my --

18   what you call it?  My retirement account.

19   BY MR. HOOSE:

20     Q.    What retirement account was that?

21     A.    Simple IRA.  It's all listed in the tax

22   return.

23     Q.    And was that IRA closed out?

24     A.    Yes.  That is how we made those payments.

25     Q.    Okay.  And did you disclose that IRA as

                                                    12

1    being closed on your statement of financial affairs?

2      A.    Yes.

3      Q.    It shows in January of 2009 that you

4    transferred to VEMAC, LLC medical supplies,

5    inventory, computers, furniture and fixtures, and you

6    valued that at zero dollars and you indicated you

7    received nothing for that.  Who is VEMAC, LLC?

8      A.   It's a medical corporation.

9      Q.   Who owns that corporation?

10     A.   Stephen Dyer.

11     Q.   Do you have any interest in VEMAC, LLC?

12     A.   No.

13     Q.   Have you ever had any interest in VEMAC,

14  LLC?

15     A.   No.

16     Q.   Have you ever officed at 2801 Coltrane

17  Place, Suite 2 in Edmond, Oklahoma that is the

18  address of this purchaser?

19     A.   Yes.

20     Q.   And how many years did you office at that

21  address?

22          LILLIE CALLOWAY:  I think two or three.

23          MICHAEL CALLOWAY:  I think maybe probably

24  two and a half, three years.

25  BY MR. HOOSE:

13

1      Q.   And when was that?

2      A.   About '06 to -- yes, '06 or '07?

3          LILLIE CALLOWAY:  '06, '07.

4          MICHAEL CALLOWAY:  '06, 7 and 8.

5  BY MR. HOOSE:

6      Q.   When was VEMAC, LLC formed if you know?

7      A.   I don't know.

8      Q.   Was that a business that was formed shortly

9  prior to you transferring these assets to this

10  company?

11     A.   Repeat that.

12     Q.   Was VEMAC, LLC formed shortly prior to you

13    transferring the assets to the business?

14    A.   I don't know when he formed it.  I just

15    transferred the assets.

16    Q.   You indicated you received nothing for the

17    assets.  Do you have an inventory list of the assets

18    you transferred?

19    A.   I think we have got an inventory list.

20    Q.   Okay.  Were those transferred from you in

21    your individual capacity or from one of your business

22    entities?

23    A.   I don't understand your question.

24    Q.   Were the assets that you transferred to

25    VEMAC, did you own all those assets personally?

14

1    A.   No, the company.

2    Q.   The company owned those assets.  And what

3    company was that that transferred the assets?

4    A.   A Plus Medical Care.

5    Q.   And did you have those assets insured?

6    A.   Yes.  They was insured.

7    Q.   Do you recall what you had the assets

8    insured for as the value?

9    A.   No.

10    Q.   And again, what did you receive?  Says here

11    you received absolutely nothing for that.  Is that

12    accurate?

13    A.   Yes.

14    Q.   And you have indicated that you intend to

15    reaffirm your first mortgage payment and your

16    obligation based on your primary residence, you have

17    indicated your intent is to reaffirm your rental

25          MR. NELSON:  That is all.


☐                                                                23


1                    CERTIFICATE

2    STATE OF OKLAHOMA

3    SS

4    OKLAHOMA COUNTY

5          I, Vicki Beeler, Certified Shorthand

6    Reporter, do hereby certify that the above and

7    foregoing TRANSCRIPT OF PROCEEDINGS was by me taken

8    via tape recording in shorthand and thereafter

9    transcribed; that the same is true and correct, and

10   that I am not attorney for or relative of any of said

11   parties or otherwise interested in the event of said

12   action.

13          IN WITNESS WHEREOF, I have hereunto set my

14   hand and official seal this 27th day of July, 2010.

15          _____
            VICKI BEELER, CSR
16          State of Oklahoma, No. 00120

17

18

19

20

21

22

23

24

25

**OFFICE OF THE SECRETARY OF STATE**



## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY**
**A PLUS MEDICAL CARE INC.**

**DOCUMENT TYPE**
*Certificate of Incorporation*

**DOCUMENT FILING DATE**
*June 03, 1996*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 3rd day of August, 2010.*

*M. Susan Savage*
_____
**Secretary Of State**



PLAINTIFF'S
EXHIBIT
3



**OFFICE OF THE SECRETARY OF STATE**



## CERTIFICATE OF INCORPORATION

*WHEREAS,* the *Certificate of Incorporation of*

### A PLUS MEDICAL CARE INC.

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I,* the *undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the City of Oklahoma City this* __3rd__
*day of*_____June_____, 19_96___ .

_____
*Secretary of State*

By:_____

7 3 1 1 0 ̃ ̃ ̃ 3 0 1

FEE:  $1.00 per $1,000.00
On Authorized Capital
MINIMUM FEE:  $50.00

## CERTIFICATE OF INCORPORATION
### (PROFIT)

**FILE IN DUPLICATE**

**PRINT CLEARLY**

F I L E D

JUN 3 1996

OKLAHOMA SECRETARY
OF STATE

FOR OFFICE USE ONLY

TO THE SECRETARY OF STATE OF THE STATE OF OKLAHOMA:

1.   The name of this corporation is:

*A Nus Medical Care Inc.*

(Please refer to procedure sheet for statutory words required to be included in the corporate name.)

2.   The address of the registered office in the State of Oklahoma and the name of the registered agent at such address are:

*Michael Calloway Sr.  120 N. Depot  Edmond  Oklahoma  73034*

NAME        NUMBER &  STREET ADDRESS        CITY        COUNTY   ZIP CODE
(P.O. BOXES ARE **NOT** ACCEPTABLE.)

3.   The duration of the corporation is: *Perpetual*
(Perpetual unless otherwise stated)

4.   The purpose or purposes for which the corporation is formed are:

*All lawful activities and purposes allowed to cooperations in the state of Oklahoma.*

5.   The aggregate number of shares which the corporation shall have authority to issue, the designation of each class, the number of shares of each class, and the par value of the shares of each class are as follows:

NUMBER OF SHARES                     SERIES          PAR VALUE PER SHARE
                                                     (Or, if without par value, so state)

Common  *500*                                        *1.00*

Preferred_____

TOTAL NO. SHARES:  *500*          TOTAL AUTHORIZED CAPITAL:  *500 .00*

6.  If the powers of the incorporator(s) are to terminate upon the filing of the certifi-
cate of incorporation, the names and mailing addresses of the persons who are to serve as
directors:

| NAME | MAILING ADDRESS | CITY | STATE | ZIP CODE |
|------|-----------------|------|-------|----------|
| Michael Callaway Sr. | Box 2031 | Edmond, OK | | 73083 |
| Gary N. Clayton | 9901 Sudbury Rd | Yukon, OK | | 73099 |

7.  The name and mailing address of the undersigned incorporator(s):

| NAME | MAILING ADDRESS | CITY | STATE | ZIP CODE |
|------|-----------------|------|-------|----------|
| Michael L. Callaway Sr. | Box 2031 | Edmond, OK | | 73083 |
| Gary N. Clayton | 9901 Sudbury Rd. | Yukon, OK | | 73099 |

THE UNDERSIGNED, for the purpose of forming a corporation under the laws of the State
of Oklahoma does certify that the facts herein stated are true, and has accordingly hereun-
to set my hand this 03 day of June ,19 96 .

_____
                Signature

_____
                Signature

(SOS FORM 0002-11/86)



## OFFICE OF THE SECRETARY OF STATE

# STATE OF OKLAHOMA

## CERTIFICATE OF SUSPENSION
### DOMESTIC FOR PROFIT BUSINESS CORPORATION

*I THE UNDERSIGNED, Secretary of State of the State of Oklahoma, do hereby certify that I am, by the laws of said state, the custodian of the records of the state of Oklahoma relating to the right of corporations to transact business in the state and am the proper officer to execute this certificate.*

*I FURTHER CERTIFY that* **A PLUS MEDICAL CARE INC.** *is a corporation duly organized and existing under and by virtue of the laws of the state of Oklahoma.*

*I FURTHER CERTIFY that said corporation was suspended by the Secretary of State on the 17th day of June, 2005 upon order of the Oklahoma Tax Commission for failure to comply with the requirements of the Oklahoma Tax Act and is not a corporation in good standing according to the records of this office.*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 19th, day of August, 2010.*

*Secretary Of State*



**PLAINTIFF'S EXHIBIT**
4



**OFFICE OF THE SECRETARY OF STATE**

## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY**
**A PLUS MEDICAL CARE OF OKLAHOMA, INC.**

**DOCUMENT TYPE**
*Certificate of Incorporation*

**DOCUMENT FILING DATE**
*December 19, 2005*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 3rd day of August, 2010.*

*Secretary Of State*



**PLAINTIFF'S EXHIBIT**
5

## OFFICE OF THE SECRETARY OF STATE



# CERTIFICATE OF INCORPORATION

*WHEREAS,* the *Certificate of Incorporation of*

## A PLUS MEDICAL CARE OF OKLAHOMA, INC.

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

    *NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

    *IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this*
*19th day of December, 2005.*

_____

***Secretary of State***

FILED - Oklahoma Secretary of State #1912090981 12/19/2005 09:49

Articles of Incorporation
Of
A Plus Medical Care of Oklahoma, Inc.

**FIRST:** The name of the corporation is A Plus Medical Care of Oklahoma, Inc.

**SECOND:** The address of the registered office in the State of Oklahoma is 405 W. 2nd, Edmond, OK 73003. The name of the corporation's registered agent at such address is Michael Calloway, Sr.

**THIRD:** The purposes of the corporation is to own and operate a medical supply and to engage in any other lawful act or activity for which corporations may by organized under the General Corporation Law of the State of Oklahoma.

**FOURTH:** The total number of shares of all classes of stock which the corporation shall have authority to issue is Fifty Thousand (50,000) shares, each of the shares having a par value of $1.00, all of which shares shall be Common Stock.

**FIFTH:** The name and mailing address of the persons who are to serve as the initial directors until the first annual meeting of the shareholders is as follows:

| Name | Mailing Address |
|------|-----------------|
| Michael Calloway, Sr. | PO Box 1296<br>Edmond, OK 73003 |

**SIXTH:** The name and mailing address of the incorporator is as follows:

| Name | Mailing Address |
|------|-----------------|
| Christian Brim, CPA | 8901 Commerce Park Drive<br>Oklahoma City, OK 73132 |

THE UNDERSIGNED being the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the Oklahoma General Corporation Act, makes this certificate, hereby declaring and certifying that this is the act and deed of the undersigned and that the facts herein stated are true, as of the 15th day of December 2005.

Christian Brim, CPA
Incorporator

12/19/2005  03:44 PM
OKLAHOMA SECRETARY OF STATE



SOS

4337270002

## OFFICE OF THE SECRETARY OF STATE



## CERTIFICATE

*I, THE UNDERSIGNED*, Secretary of State of the State of Oklahoma, do hereby certify that I am, by the laws of said state, the custodian of the records of the state of Oklahoma relating to the right of corporations to transact business in this state and am the proper officer to execute this certificate.

*I FURTHER CERTIFY* that A PLUS MEDICAL CARE OF OKLAHOMA, INC., was granted a charter on the 19th day of December, 2005, a corporation duly organized and existing under and by virtue of the laws of the State of Oklahoma.

*I FURTHER CERTIFY* that, MICHAEL CALLOWAY SR whose address is 405 W 2ND EDMOND OK 73003 is the registered agent for service of process for said corporation.

*I FURTHER CERTIFY* that A PLUS MEDICAL CARE OF OKLAHOMA, INC., is a Domestic For Profit Business Corporation duly organized and existing under and by virtue of the laws of the state of Oklahoma and is in good standing according to the records of this office. This certificate is not to be construed as an endorsement, recommendation or notice of approval of the entity's financial condition or business activities and practices. Such information is not available from this office.



**PLAINTIFF'S EXHIBIT**

6



***IN TESTIMONY WHEREOF, I** hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this  19th, day of  August, 2010.*

M. Susan Savage

**Secretary Of State**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 31, 2009 through February 27, 2009
Primary Account: ⬛⬛⬛⬛⬛⬛4001



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

1245 DRE          5909 - NNNNN          0000
A PLUS MEDICAL CARE INC
PO BOX 1990
EDMOND OK 73083-1990

BEGINNING MARCH 30TH, WASHINGTON MUTUAL BRANCHES IN CALIFORNIA
WILL BE REBRANDED TO THE CHASE NAME. WHILE THESE BRANCHES WILL
HAVE THE CHASE LOGO, THEY HAVE NOT YET CONVERTED TO CHASE BANKING
SYSTEMS. PLEASE CONTINUE TO USE THE SAME BRANCHES YOU USE TODAY
UNTIL WE NOTIFY YOU THAT ADDITIONAL LOCATIONS ARE AVAILABLE.

WE ARE MAKING CHANGES TO THE FUNDS AVAILABILITY POLICY. PLEASE
SEE THE LAST PAGE OF YOUR STATEMENT FOR THIS CHANGE TO YOUR
DEPOSIT ACCOUNT AGREEMENT. ALL OTHER TERMS AND CONDITIONS STILL
APPLY. IF YOU HAVE QUESTIONS, PLEASE CALL US AT 1-800-935-9935.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | ⬛⬛⬛⬛⬛4001 | $1,089.49 | $446.77 |
| Total | | $1,089.49 | $446.77 |

| TOTAL ASSETS | | $1,089.49 | $446.77 |
|---|---|---|---|

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Chase Business Line of Credit | ****************3001 | $0.00 | $47,134.13 |
| Total | | $0.00 | $47,134.13 |

| TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT | | $0.00 | $47,134.13 |
|---|---|---|---|

All Summary Balances shown are as of February 27, 2009 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for
annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness
or accuracy.

Page 1 of 6



PLAINTIFF'S
EXHIBIT
7

**CHASE** ⬡

January 31, 2009 through February 27, 2009
Primary Account: XXXXXXXX4001

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                          Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                    Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                          Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

## CHASE ◻

January 31, 2009 through February 27, 2009
Primary Account: ●●●●●●●●●4001





A PLUS MEDICAL CARE INC                     Account Number: ●●●●●●●●●4001

### CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $1,089.49 |
| Deposits and Additions | 2 | 2,515.29 |
| Checks Paid | 9 | - 694.94 |
| ATM & Debit Card Withdrawals | 5 | - 221.00 |
| Other Withdrawals, Fees & Charges | 9 | - 2,242.07 |
| Ending Balance | 25 | $446.77 |

This message confirms that you have overdraft protection on your checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Deposit | $1,015.29 |
| 02/25 | Deposit ●●●●●5009 | 1,500.00 |
| **Total Deposits and Additions** |  | **$2,515.29** |

**CHASE** ⬡

January 31, 2009 through February 27, 2009
Primary Account: ⬛⬛⬛⬛⬛⬛4001

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5266   ^ | | 02/02 | $62.64 |
| 5267   ^ | | 02/02 | 40.00 |
| 7441 * ^ | | 02/02 | 67.30 |
| 7474 * ^ | | 02/12 | 25.00 |
| 7475   ^ | | 02/17 | 100.00 |
| 7476   ^ | | 02/17 | 150.00 |
| 7477   ^ | | 02/13 | 50.00 |
| 7478   ^ | | 02/12 | 100.00 |
| 7479   ^ | | 02/12 | 100.00 |
| **Total Checks Paid** | | | **$694.94** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Card Purchase | 01/30 Boomerang Carwash #7 Edmond OK Card 3377 | $9.00 |
| 02/04 | Card Purchase | 02/02 Extra Space Place #5 00001 OK Card 0085 | 120.00 |
| 02/04 | Card Purchase | 02/02 Extra Space Place #5 00001 OK Card 0085 | 80.00 |
| 02/17 | Card Purchase | 02/13 Boomerang Carwash #7 Edmond OK Card 3377 | 6.00 |
| 02/17 | Card Purchase | 02/14 Boomerang Carwash #7 Edmond OK Card 3377 | 6.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$221.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Capital One      Online Pmt ⬛⬛⬛⬛⬛⬛0497 CCD ID: ⬛⬛⬛⬛4991 | | $264.00 |
| 02/12 | Deposited Item Returned   ⬛⬛8410 | # of Items 00001 | 1,000.00 |
| 02/12 | Deposit Item Returned Fee: 01   ⬛⬛8410 | # of Items 00001 | 10.00 |
| 02/17 | Blue Cross Blue Ins. Prem ⬛⬛⬛⬛6949 | PPD ID: ⬛⬛⬛⬛6610 | 658.38 |
| 02/18 | Insufficient Funds Fee | | 175.00 |
| 02/18 | Aspen Athletic C Aspen   ⬛⬛6917 | PPD ID: ⬛⬛⬛3997 | 60.69 |
| 02/19 | Insufficient Funds Fee | | 35.00 |
| 02/24 | Extended Overdraft Fee | | 25.00 |
| 02/27 | Service Fee | | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | | **$2,242.07** |

A Overdraft fee was charged on 02/18 due to insufficient funds in your account.

A Overdraft fee was charged on 02/19 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $5,000 or more during the statement period.



**CHASE**

January 31, 2009 through February 27, 2009

Primary Account: 4001

## DAILY ENDING BALANCE

| DATE | AMOUNT | | DATE | AMOUNT |
|------|--------|--|------|--------|
| 02/02 | $646.55 | | 02/18 | -979.23 |
| 02/04 | 446.55 | | 02/19 | -1,014.23 |
| 02/10 | 1,461.84 | | 02/24 | -1,039.23 |
| 02/12 | 226.84 | | 02/25 | 460.77 |
| 02/13 | 176.84 | | 02/27 | 446.77 |
| 02/17 | -743.54 | | | |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 17 |
| Deposits / Credits | 2 |
| Deposited Items | 3 |
| Transaction Total | 22 |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $14.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $14.00 |

**CHASE** ⬡

January 31, 2009 through February 27, 2009
Primary Account: ⬛⬛⬛⬛⬛⬛4001

CHANGES TO THE "AVAILABILITY OF OTHER CHECK DEPOSITS" SECTION
OF THE FUNDS AVAILABILITY POLICY:
CHECKS CAN BE IDENTIFIED AS LOCAL OR NON-LOCAL BY LOOKING AT
THE FIRST FOUR DIGITS OF THE NINE-DIGIT BANK ROUTING NUMBER
NORMALLY LOCATED ON THE LOWER LEFT-HAND SIDE OF THE CHECK.

THE FOLLOWING PREFIXES WILL BE ADDED TO THE CHART OF NUMBERS
CONSIDERED LOCAL:

LOCAL NUMBERS FOR DEPOSITS MADE IN ILLINOIS AND WISCONSIN:
EFFECTIVE JANUARY 31, 2009: 0730, 0739, 1040, 1041, 1049, 2730,
2739, 3040, 3041, 3049

LOCAL NUMBERS FOR DEPOSITS MADE IN LOUISIANA: EFFECTIVE
JANUARY 31, 2009: 0810, 0812, 0815, 0819, 0865, 2810, 2812,
2815, 2819, 2865
EFFECTIVE MARCH 21, 2009: 0530, 0531, 0532, 0539, 2530, 2531,
2532, 2539

LOCAL NUMBERS FOR DEPOSITS MADE IN FLORIDA: EFFECTIVE
JANUARY 31, 2009: 0610, 0611, 0612, 0613, 0620, 0621, 0622,
0640, 0641, 0642, 0650, 0651, 0652, 0653, 0654, 0655, 0810,
0812, 0815, 0819, 0820, 0829, 0840, 0841, 0842, 0843, 0865,
2610, 2611, 2612, 2613, 2620, 2621, 2622, 2640, 2641, 2642,

2650, 2651, 2652, 2653, 2654, 2655, 2810, 2812, 2815, 2819,
2820, 2829, 2840, 2841, 2842, 2843, 2865
EFFECTIVE MARCH 21, 2009: 0530, 0531, 0532, 0539, 2530, 2531,
2532, 2539

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 28, 2009 through March 31, 2009
Primary Account: ████████████4001

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



██2745 DRE ████████9109 - NYNNN T ████████████ 0000
A PLUS MEDICAL CARE INC
PO BOX 1990
EDMOND OK 73083-1990

BEGINNING MARCH 30TH, WASHINGTON MUTUAL BRANCHES IN CALIFORNIA
WILL BE REBRANDED TO THE CHASE NAME. WHILE THESE BRANCHES WILL
HAVE THE CHASE LOGO, THEY HAVE NOT YET CONVERTED TO CHASE BANKING
SYSTEMS. PLEASE CONTINUE TO USE THE SAME BRANCHES YOU USE TODAY
UNTIL WE NOTIFY YOU THAT ADDITIONAL LOCATIONS ARE AVAILABLE.

WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.

IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

### CONSOLIDATED BALANCE SUMMARY

#### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | ████████4001 | $446.77 | $1,210.14 |
| **Total** | | **$446.77** | **$1,210.14** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$446.77** | **$1,210.14** |

#### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Chase Business Line of Credit | ****************3001 | $0.00 | $47,134.13 |
| **Total** | | **$0.00** | **$47,134.13** |

| | | | |
|---|---|---|---|
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$0.00** | **$47,134.13** |

All Summary Balances shown are as of March 31, 2009 unless otherwise stated. For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for
annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness
or accuracy.



PLAINTIFF'S
EXHIBIT
8

**CHASE ⬡**

February 28, 2009 through March 31, 2009
Primary Account: ████████4001

### BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:  $_____**

3. Add Step 2 Total to Step 1 Balance.          **Step 3 Total:  $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:  -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

     JPMorgan Chase Bank, N.A. Member FDIC



CHASE ⬡

February 28, 2009 through March 31, 2009
Primary Account: ●●●●●●●●●4001



A PLUS MEDICAL CARE INC                    Account Number: ●●●●●●●●4001

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $446.77 |
| Deposits and Additions | 3 | 6,916.75 |
| ATM & Debit Card Withdrawals | 14 | - 434.31 |
| Other Withdrawals, Fees & Charges | 4 | - 5,719.07 |
| Ending Balance | 21 | $1,210.14 |

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Deposit ●●●●9671 | $1,850.53 |
| 03/17 | Deposit | 4,243.58 |
| 03/31 | Deposit ●●●●6799 | 822.64 |
| **Total Deposits and Additions** | | **$6,916.75** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/04 | Card Purchase | 03/02 Extra Space Place #5 00001 OK Card 0085 | $120.00 |
| 03/04 | Card Purchase | 03/02 Extra Space Place #5 00001 OK Card 0085 | 80.00 |
| 03/09 | ATM Withdrawal | 03/06 2307 W Edmond Rd Edmond OK Card 3377 | 100.00 |
| 03/16 | Card Purchase | 03/14 Boomerang Carwash #7 Edmond OK Card 3377 | 6.00 |
| 03/18 | Card Purchase | 03/16 Boomerang Carwash #7 Edmond OK Card 3377 | 6.00 |
| 03/18 | Card Purchase | 03/16 Boomerang Carwash #7 Edmond OK Card 3377 | 6.00 |
| 03/20 | Card Purchase | 03/19 Famous Cajun Grill Oklahoma City OK Card 3377 | 6.06 |
| 03/23 | Card Purchase | 03/20 Vista Dry Cleaners Edmond OK Card 3377 | 33.78 |
| 03/23 | Card Purchase | 03/19 Chick-Fil-A #01142 Oklahoma City OK Card 3377 | 5.96 |
| 03/24 | Card Purchase | 03/23 Mcdonald's F26531 Oklahoma City OK Card 3377 | 11.25 |
| 03/25 | Card Purchase | 03/23 Braum's Store #88  Q Oklahoma Ci OK Card 3377 | 6.10 |



**CHASE** 

February 28, 2009 through March 31, 2009
Primary Account: ██████████4001

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | Card Purchase | 03/24 Cherokee Strip Barbeq Stillwater OK Card 3377 | 17.35 |
| 03/26 | Card Purchase | 03/25 Mcdonald's F26531 Oklahoma City OK Card 3377 | 10.92 |
| 03/31 | Card Purchase | 03/29 Golden Chick Midwest City OK Card 3377 | 24.89 |
| **Total ATM & Debit Card Withdrawals** | | **$434.31** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/16 | Blue Cross Blue Ins. Prem ████████6949    PPD ID: ████████6610 | $658.38 |
| 03/17 | Aspen Athletic C Aspen    ████917    PPD ID: ██████3997 | 60.69 |
| 03/23 | Withdrawal | 4,000.00 |
| 03/31 | Withdrawal | 1,000.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$5,719.07** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 03/04 | $246.77 | 03/20 | 5,497.75 |
| 03/09 | 146.77 | 03/23 | 1,458.01 |
| 03/13 | 1,997.30 | 03/24 | 1,446.76 |
| 03/16 | 1,332.92 | 03/25 | 1,440.66 |
| 03/17 | 5,515.81 | 03/26 | 1,412.39 |
| 03/18 | 5,503.81 | 03/31 | 1,210.14 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 18 |
| Deposits / Credits | 3 |
| Deposited Items | 4 |
| **Transaction Total** | **25** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**CHASE**

February 28, 2009 through March 31, 2009
Primary Account: XXXXXXXXXX4001



THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G09Apr10-1089

CHASE ⬡

February 28, 2009 through March 31, 2009
Primary Account: 4⬛⬛⬛⬛⬛⬛⬛⬛4001

This Page Intentionally Left Blank

Page 6 of 6

# CHASE ❂

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 01, 2009 through May 29, 2009
Primary Account: ●●●●●●●●●●●4001



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

ԿվՈԿԼՈԿԿԱԿԿՈԿԿԱՈԿԿԿԱԿԿԿԱ
●●●●●206 DRE ●●●●●●5009 - NNYHN T 1  ●●●●●●●●●● 0000
A PLUS MEDICAL CARE INC
PO BOX 1990
EDMOND OK 73083-1990

WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.
IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

### IMPORTANT INFORMATION
### REGARDING FUNDS AVAILABILITY

We are making changes to the Funds Availability Policy. All other terms and conditions still apply. In addition to
the routing number prefixes currently considered local, the following prefixes will be added to the Local
Availability chart:

Local numbers for deposits made in Oklahoma will also include:
Effective immediately: 1010, 1011, 1012, 1019, 3010, 3011, 3012, 3019

Local numbers for deposits made in New Jersey and New York will also include:
Effective immediately: 0420, 0421, 0422, 0423, 0442, 0515, 0519, 0740, 0749, 0813, 0830, 0839, 0863, 2420,
2421, 2422, 2423, 2442, 2515, 2519, 2740, 2749, 2813, 2830, 2839, 2863

Local numbers for deposits made in Connecticut, New Jersey and New York will also include:
Effective April 17, 2009: 0510, 0514, 0520, 0521, 0522, 0540, 0550, 0560, 0570, 2510, 2514, 2520, 2521, 2522,
2540, 2550, 2560, 2570

Effective July 1, 2009, the following routing number prefixes will be removed from the Local Availability chart:

Local numbers for Florida will no longer include: 1110, 1111, 3110, 3111

Local numbers for Texas will no longer include: 1230, 1231, 1232, 1233, 1250, 1251, 1252, 3230, 3231, 3232,
3233, 3250, 3251, 3252

### Take Charge of Your Checking Account to Help Avoid Fees

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile(SM)** to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7** at Chase.com


PLAINTIFF'S EXHIBIT

# CHASE ○

May 01, 2009 through May 29, 2009

Primary Account: ░░░░░░░░4001

**BALANCING YOUR CHECKBOOK**

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:    **Step 1 Balance:** $_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:** $_____

3.  Add Step 2 Total to Step 1 Balance.    **Step 3 Total:** $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ |                      |        |

**Step 4 Total:** -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC


## CHASE

May 01, 2009 through May 29, 2009
Primary Account: ████████████4001

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval.  Fees may apply.



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | ████████4001 | -$677.01 | -$900.18 |
| **Total** | | **-$677.01** | **-$900.18** |
| | | | |
| **TOTAL  ASSETS** | | **-$677.01** | **-$900.18** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Loans & Lines of Credit | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Chase Business Line of Credit | ***************3001 | $0.00 | $0.00 |
| **Total** | | **$0.00** | **$0.00** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$0.00** | **$0.00** |

**All Summary Balances shown are as of May 29, 2009 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.**



CHASE

May 01, 2009 through May 29, 2009
Primary Account: ⬤⬤⬤⬤⬤⬤⬤⬤4001



A PLUS MEDICAL CARE INC                                    Account Number: ⬤⬤⬤⬤⬤⬤⬤⬤4001

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | -$677.01 |
| Deposits and Additions | 1 | 900.00 |
| ATM & Debit Card Withdrawals | 2 | - 200.00 |
| Other Withdrawals, Fees & Charges | 6 | - 923.17 |
| Ending Balance | 9 | -$900.18 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Deposit ⬤⬤⬤⬤2663 | $900.00 |
| **Total Deposits and Additions** | | **$900.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/04 | Card Purchase | 05/01 Extra Space Place #5 00001 OK Card 0085 | $120.00 |
| 05/04 | Card Purchase | 05/01 Extra Space Place #5 00001 OK Card 0085 | 80.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$200.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/15 | Blue Cross Blue Ins. Prem ⬤⬤⬤⬤6949 | PPD ID: ⬤⬤⬤⬤6610 | $753.48 |
| 05/18 | Insufficient Funds Fee | | 35.00 |
| 05/19 | Aspen Athletic C Aspen ⬤⬤6917 | PPD ID: ⬤⬤⬤3997 | 60.69 |
| 05/20 | Insufficient Funds Fee | | 35.00 |
| 05/22 | Extended Overdraft Fee | | 25.00 |
| 05/29 | Service Fee | | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | | **$923.17** |

A Overdraft fee was charged on 05/18 due to insufficient funds in your account.

Page 4 of 6



May 01, 2009 through May 29, 2009
Primary Account: ●●●●●●●●●4001

A Overdraft fee was charged on 05/20 due to insufficient funds in your account.

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/04 | $22.99 |
| 05/15 | -730.49 |
| 05/18 | -765.49 |
| 05/19 | -826.18 |
| 05/20 | -861.18 |
| 05/22 | -886.18 |
| 05/29 | -900.18 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |

**CHASE** 

May 01, 2009 through May 29, 2009
Primary Account: ●●●●●●●●●●●001

## Wire Transfer Service offered through Chase Online℠ for Business
## Try it today and get $25!

**Pay bills and transfer funds around the world- anytime, right from your computer!**

This convenient, secure online service lets you transfer funds by wire from your Chase business checking account to any other bank account, almost anywhere in the world. Pay suppliers and move money 24/7, from your office or on the go - with no trip to the bank.

Visit chase.com/wire25 and send a wire transfer by July 31, 2009 and we'll give you $25.

**Important Information:** Offer valid 6/1/09 through 7/31/09. Offer limited to one Wire Transfer Service reward/premium per customer, per calendar year. Reward will be automatically deposited into your Chase business checking account within 4-6 weeks after sending your first wire transfer through Chase Online for Business. Reward is considered miscellaneous income and will be reported on IRS form 1099-MISC.

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2009 through July 15, 2009
Account Number: ████████4001



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

████6673 DRE ██████ 9709 - NNNNN T ████████ 0000
A PLUS MEDICAL CARE INC
PO BOX 1990
EDMOND OK 73083-1990

## IMPORTANT UPDATE ABOUT FUNDS AVAILABILITY

We are amending the Other Check Deposits section of the Funds Availability Policy for your account. Starting 7/12/09, funds will be generally available for your use the next business day, whether the check is considered local or non-local.

For more information, please see the Funds Availability Policy in your Account Rules and Regulations that you received when you opened your account. If you have questions, please call us at 1-800-CHASE38 ((1-800-242-7338)).

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$2,007.66 |
| Deposits and Additions | 1 | 2,007.66 |
| Ending Balance | 1 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Overdraft Write-Off Please Contact Bank | $2,007.66 |
| Total Deposits and Additions | | $2,007.66 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/15 | $0.00 |



PLAINTIFF'S
EXHIBIT
teblies
10

# CHASE ⬡

July 01, 2009 through July 15, 2009

Account Number: ████████4001

**BALANCING YOUR CHECKBOOK**

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC



July 01, 2009 through July 15, 2009
Account Number: ████████4001

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE 🛑**

July 01, 2009 through July 15, 2009
Account Number: ●●●●●●●●●●4001

This Page Intentionally Left Blank

Page 4 of 4

## OFFICE OF THE SECRETARY OF STATE



## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY
MEDICAL ENTERPRISES, INC.**

**DOCUMENT TYPE**
*Certificate of Incorporation*

**DOCUMENT FILING DATE**
*August 04, 1999*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this <u>3rd</u> day of <u>August, 2010</u>.*

_____
**Secretary Of State**



**PLAINTIFF'S
EXHIBIT**
tabbies®
11



8 7 4 0 5 9 7 0 0 0 0

DB637860

### OFFICE OF THE SECRETARY OF STATE

## STATE OF OKLAHOMA

## CERTIFICATE OF INCORPORATION

**WHEREAS,** *the Certificate of Incorporation of*

**MEDICAL ENTERPRISES, INC.**

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*

*Filed in the City of Oklahoma City this* __4TH__

*day of* ___AUGUST___ , 1999.

*Secretary of State*

By: _____

8 7 4 0 6 9 7 0 0 0 1

| MINIMUM FEE: $50.00 |
|---|
| Fee is $1.00 per $1,000.00 on Total Authorized Capital |
| FILE IN DUPLICATE |
| PRINT CLEARLY |

# FILED

## AUG 0 4 1999

OKLAHOMA SECRETARY
OF STATE

# CERTIFICATE OF INCORPORATION

**TO: OKLAHOMA SECRETARY OF STATE**
2300 N. Lincoln Blvd., Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105-4897
(405) 522-4560

The undersigned, for the purpose of forming an Oklahoma profit corporation pursuant to the provisions of Title 18, Section 1001, do hereby execute the following certificate of incorporation:

1.  The name of the corporation is:

_Medical Enterprises Inc._

(**NOTE:** Please refer to procedure sheet for statutory words required to be included in the corporate name.)

2.  The name of the registered agent and the street address of the registered office in the State of Oklahoma is:

_M.M. Calloway_   _719 Evergreen_   _Edmond_   _Oklahoma_   _73003_

Name    Street Address    City    County    Zip Code

_Michael Calloway Sr._    (**P.O. BOXES ARE NOT ACCEPTABLE**)

3.  The duration of the corporation is: _Perpetual_

(Perpetual unless otherwise stated)

4.  The purpose or purposes for which the corporation is formed are:

_Medical Rental and Sales_

5.  The aggregate number of shares which the corporation shall have the authority to issue, the designation of each class, the number of shares of each class, and the par value of the shares of each class are as follows:

| NUMBER OF SHARES | SERIES (If any) | PAR VALUE PER SHARE (Or, if without par value, so state) |
|---|---|---|
| COMMON _500_ | | _$1.00_ |
| PREFERRED _____ | | _____ |

6.   If the powers of the incorporator(s) are to terminate upon the filing of the certificate of incorporation, the names and mailing addresses of the persons who are to serve as director(s):

| NAME | MAILING ADDRESS | CITY | STATE | ZIP CODE |
|------|-----------------|------|-------|----------|
|      |                 |      |       |          |

7.   The name and mailing address of the undersigned incorporator(s):

| NAME | MAILING ADDRESS | CITY | STATE | ZIP CODE |
|------|-----------------|------|-------|----------|
| Michael Calloway, Jr. | Box 2131 | Edmund | OK | 73003 |
| Ricardo B. Madison | 1109 W. 59th | OKC | OK | 73111 |

Signed and dated this _____ day of _____

**\*SIGNATURE OF ALL INCORPORATORS\***

_____
SIGNATURE

_____
SIGNATURE

(SOS FORM 0002-4/99)



**OFFICE OF THE SECRETARY OF STATE**

**STATE OF OKLAHOMA**

## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY**
**HIGH EXPECTATIONS, LLC**

**DOCUMENT TYPE**
*Articles of Organization*

**DOCUMENT FILING DATE**
*July 05, 2005*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 3rd day of August, 2010.*

*M. Susan Savage*

**Secretary Of State**



**PLAINTIFF'S EXHIBIT**

12

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE
# OF
# LIMITED LIABILITY COMPANY

**WHEREAS,** the Articles of Organization of

## HIGH EXPECTATIONS, LLC

an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.

*NOW THEREFORE, I,* the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.

*IN TESTIMONY WHEREOF, I* hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.



Filed in the city of Oklahoma City this 5th day of July, 2005.

_____

**Secretary of State**

FILED - Oklahoma Secretary of State #3512075560 07/05/2005 13:52

# ARTICLES OF ORGANIZATION
# OF
# HIGH EXPECTATIONS, LLC

**TO:**   OKLAHOMA SECRETARY OF STATE
2300 N Lincoln Blvd., Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105-4897

The undersigned, for the purpose of forming an Oklahoma limited liability company pursuant to the provisions of 18 O.S., Section 2004, does hereby execute the following articles:

1.   The name of the limited liability company:

High Expectations, LLC

2. The street address of its principal place of business, wherever located:

19445 Sportsman Road
Edmond, Oklahoma  73003

3. The name and street address of the resident agent in the state of Oklahoma:

Stephen E. Dyer
6636 NW 39th Expressway, Suite 106
Bethany, OK  73008

4. The term of existence:

Perpetual

**Articles of organization must be signed by at least one person who need not be a member of the limited liability company.**

Dated:  July 1, 2005

Signature: _____

Type or Print Name: Stephen E. Dyer

Address:  6636 NW 39th Expressway, Suite 106, Bethany, OK  73008

(SOS FORM 0073-11/99)

07/05/2005  01:40 PM
OKLAHOMA SECRETARY OF STATE

SOS

3244790002

## OFFICE OF THE SECRETARY OF STATE



## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY**
**PART-TIME SERVICES LLC**

**DOCUMENT TYPE**
*Articles of Organization*

**DOCUMENT FILING DATE**
*January 05, 2007*



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this* <u>3rd</u> *day of* <u>August, 2010</u>.

**Secretary Of State**



PLAINTIFF'S
EXHIBIT

13

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE
# OF
# LIMITED LIABILITY COMPANY

*WHEREAS,* the Articles of Organization of

## PART-TIME SERVICES LLC

*an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this 5th day of January, 2007.*

_____
*Secretary of State*

FILED - Oklahoma Secretary of State #3512126352 01/05/2007 16:20



01/05/2007  04:01 PM
OKLAHOMA SECRETARY OF STATE

SOS



6413940003

# ARTICLES OF ORGANIZATION
## OF AN
## OKLAHOMA LIMITED LIABILITY COMPANY

**TO: OKLAHOMA SECRETARY OF STATE**
2300 N Lincoln Blvd., Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105-4897
(405) 521-3912

The undersigned, for the purpose of forming an Oklahoma limited liability company pursuant to the provisions of 18 O.S., Section 2004, does hereby execute the following articles:

1. The name of the limited liability company (Note: The name **must** contain either the words **limited liability company** or **limited company** or the abbreviations LLC, LC, L.L.C. or L.C. The word limited may be abbreviated as Ltd. and the word Company may be abbreviated as Co.):

_PART-TIME SERVICES LLC_

2. The street address of its principal place of business, wherever located:

_405 N. 405 W. 2nd Suit 2 Edmond, OK 73003_
Street address      City      State      Zip Code

3. The name and street address of the resident agent in the state of Oklahoma:

_Michael Calloway Sr 19445 Sportsman Rd. Edmond, OK 73003_
Name      Street Address      City      State      Zip Code
(P.O. Boxes are **not** acceptable.)

4. The term of existence: _PERPETUAL_

**Articles of organization must be signed by at least one person who need not be a member of the limited liability company.**

Dated: _1-5-2007_

Signature: _____

Type or Print Name: _Michael Calloway Sr_

Address: _P.O. Box 1990 Edmond, OK 73034_

RECEIVED
OK SEC. OF STATE

JAN 0 5 2007

(SOS FORM 0073-11/99)