CLOSED, COUCH, _CS

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CIVIL DOCKET FOR CASE #: 5:08-cv-00249-L

APMC Inc v. Fogarty et al
Assigned to: Honorable Tim Leonard
Case in other court: 08-06208
Cause: 42:1983 Civil Rights Act

Date Filed: 03/07/2008
Date Terminated: 12/11/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**APMC Inc**
*doing business as*
A Plus Medical of Oklahoma

represented by **Aletia Haynes Timmons**
Timmons & Associates LLC
527 NW 23rd St
Suite 200
Oklahoma City, OK 73103-1515
405-602-5393
Fax: 405-602-5390
Email: atimmons@coxinet.net
*ATTORNEY TO BE NOTICED*

**Alison M Howard**
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405-239-6675
Fax: 405-272-5933
Email: howarda@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

**D Kent Meyers**
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405-235-7729
Fax: 405-272-5245
Email: meyersd@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

**Kevin D Gordon**
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405-235-7700



PLAINTIFF'S
EXHIBIT
25

Fax: 405-272-5260
Email: gordonk@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

**Rustin J Strubhar**
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405-235-6658
Fax: 405-272-5273
Email: strubhar@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Fogarty**
*in his official capacity as Chief*
*Executive Officer of the Oklahoma*
*Health Care Authority*

represented by **Christopher J Bergin**
Oklahoma Health Care Authority
P O Drawer 18497
Oklahoma City, OK 73154-0497
405-522-7300
Fax: 405-530-3316
Email: christopher.bergin@okhca.org
*ATTORNEY TO BE NOTICED*

**Nicole M Nantois**
Oklahoma Health Care Authority
P O Drawer 18497
Oklahoma City, OK 73154-0497
405-522-7183
Fax: 405-530-3439
Email: Nicole.Nantois@okhca.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Fogarty**
*in his individual capacity*

represented by **Christopher J Bergin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole M Nantois**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynn Mitchell**
*MD, in her official capacity as State*
*Medicaid Director*

represented by **Christopher J Bergin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole M Nantois**

                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Lynn Mitchell**                   represented by    **Christopher J Bergin**
*MD, in her individual capacity*                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nicole M Nantois**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Kelly Shropshire**                represented by    **Christopher J Bergin**
*in his official capacity as Auditor for*            (See above for address)
*the Oklahoma Health Care Authority*                 *ATTORNEY TO BE NOTICED*

                                                     **Nicole M Nantois**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Kelly Shropshire**                represented by    **Christopher J Bergin**
*in his individual capacity*                         (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nicole M Nantois**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2008 | 1 | COMPLAINT.(Attachments: # 1 Civil Cover Sheet)(lb) (Entered: 03/07/2008) |
| 03/07/2008 |  | Summons Issued as to Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty (in his individual capacity), Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (lb) (Entered: 03/07/2008) |
| 03/07/2008 | 2 | Receipt for Money Received from Crowe & Dunlevy in the amount of $350.00, Receipt #126590. (lb) (Entered: 03/10/2008) |
| 03/10/2008 | 3 | RECUSAL ORDER. Signed by Honorable Stephen P. Friot on 3/10/08. (llg) (Entered: 03/10/2008) |
| 03/10/2008 | 4 | ENTER ORDER REASSIGNING CASE. Case reassigned to Honorable Tim |

| | | Leonard for all further proceedings. Honorable Stephen P. Friot no longer assigned to case. Entered at the direction of Honorable Stephen P. Friot on 3/10/08. (llg) (Entered: 03/10/2008) |
|---|---|---|
| 03/10/2008 | 5 | ENTRY of Appearance by Kevin D Gordon on behalf of APMC Inc (Gordon, Kevin) (Entered: 03/10/2008) |
| 03/10/2008 | 6 | ENTRY of Appearance by Rustin J Strubhar on behalf of APMC Inc (Strubhar, Rustin) (Entered: 03/10/2008) |
| 03/10/2008 | 7 | DEMAND for Trial by Jury by APMC Inc. (Gordon, Kevin) (Entered: 03/10/2008) |
| 03/10/2008 | 8 | DISCLOSURE STATEMENT - CORPORATE by APMC Inc. (Gordon, Kevin) (Entered: 03/10/2008) |
| 03/10/2008 | 9 | ENTRY of Appearance by D Kent Meyers on behalf of APMC Inc (Meyers, D) (Entered: 03/10/2008) |
| 03/12/2008 | 10 | ENTRY of Appearance by Aletia Haynes Timmons on behalf of APMC Inc (Timmons, Aletia) (Entered: 03/12/2008) |
| 03/13/2008 | 11 | SUMMONS Returned Executed by APMC Inc. Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority) served on 3/10/2008. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/13/2008 | 12 | SUMMONS Returned Executed by APMC Inc. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/13/2008 | 13 | SUMMONS Returned Executed by APMC Inc. Lynn Mitchell(MD, in her official capacity as State Medicaid Director) served on 3/10/2008. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/13/2008 | 14 | SUMMONS Returned Executed by APMC Inc. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/13/2008 | 15 | SUMMONS Returned Executed by APMC Inc. Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority) served on 3/10/2008. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/13/2008 | 16 | SUMMONS Returned Executed by APMC Inc. (Gordon, Kevin) (Entered: 03/13/2008) |
| 03/31/2008 | 17 | ENTRY of Appearance by Christopher J Bergin on behalf of Michael Fogarty (in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty(in his individual capacity), Lynn Mitchell (MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity) (Bergin, Christopher) (Entered: 03/31/2008) |
| 03/31/2008 | 18 | MOTION to Dismiss by Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty (in his individual capacity), Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), |

| | | |
|---|---|---|
| | | Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Bergin, Christopher) (Additional attachment(s) added on 4/8/2008: # 6 Exhibit 1 - Deletion) (jy, ). (Entered: 03/31/2008) |
| 04/04/2008 | 19 | MOTION to Strike *Exhibit 1 and Request Leave of Court to File Corrected Exhibit 1* by Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty(in his individual capacity), Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Bergin, Christopher) (Entered: 04/04/2008) |
| 04/08/2008 | 20 | ORDER granting 19 Defendants' Motion to Strike Exhibit 1 and Request Leave of Court to File Corrected Exhibit 1. Clerk is directed to delete Exhibit 1 to 18 Defendants' MOTION to Dismiss. Defendants to file substitute Exhibit 1 within two days of the date of this order. Signed by Honorable Tim Leonard on 04/08/08. (jy, ) (Entered: 04/08/2008) |
| 04/10/2008 | 21 | AMENDED DOCUMENT by Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty(in his individual capacity), Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). *Defendants' Corrected Exhibit 1 to Defendants' Motion to Dismiss*. (Attachments: # 1 Exhibit 1)(Bergin, Christopher) (Entered: 04/10/2008) |
| 04/11/2008 | 22 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss by APMC Inc. (Gordon, Kevin) (Entered: 04/11/2008) |
| 04/14/2008 | 23 | ORDER granting 22 Motion for Extension of Time to File Response/Reply re 18 MOTION to Dismiss. Response due by 4/28/2008. Signed by Honorable Tim Leonard on 04/14/08. (jy, ) (Entered: 04/14/2008) |
| 04/28/2008 | 24 | RESPONSE in Opposition re 18 MOTION to Dismiss filed by APMC Inc. (Gordon, Kevin) (Entered: 04/28/2008) |
| 05/07/2008 | 25 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Response to Defendants' Motion to Dismiss* by all defendants. (Bergin, Christopher) (Entered: 05/07/2008) |
| 05/09/2008 | 26 | ORDER granting 25 Motion for Extension of Time to File Response/Reply re 18 MOTION to Dismiss. Reply due by 5/16/2008. Signed by Honorable Tim Leonard on 05/09/08. (jy, ) (Entered: 05/09/2008) |
| 05/16/2008 | 27 | REPLY to Response to Motion re 18 MOTION to Dismiss filed by all defendants. (Bergin, Christopher) (Entered: 05/16/2008) |
| 05/19/2008 | 28 | MOTION for Leave *to File Supplemental Brief in Response to Defendants'* |

| | | *Motion to Dismiss* by APMC Inc. (Gordon, Kevin) (Entered: 05/19/2008) |
|---|---|---|
| 05/21/2008 | 29 | ORDER granting 28 Plaintiff's Motion for Leave to File a Supplemental Brief in Response to Defendants' Motion to Dismiss, not to exceed 10 pages, no later than 06/02/08. Signed by Honorable Tim Leonard on 05/21/08. (jy, ) (Entered: 05/21/2008) |
| 06/02/2008 | 30 | SURREPLY re 27 Reply to Response to Motion *to Dismiss* filed by APMC Inc. (Gordon, Kevin) (Entered: 06/02/2008) |
| 06/10/2008 | 31 | NOTICE OF RELATED OR COMPANION CASE by all defendants (Bergin, Christopher) (Entered: 06/10/2008) |
| 06/13/2008 | 32 | RESPONSE re 31 Notice of Related or Companion Case filed by APMC Inc. (Attachments: # 1 Exhibit 1 - Ltr dated 1-7-08 from Shropshire, # 2 Exhibit 2 - Ltr dated 4-15-08 from Shropshire)(Gordon, Kevin) (Entered: 06/13/2008) |
| 06/17/2008 | 33 | MOTION for Leave *to File Exhibits to Motion for Preliminary Injunction Under Seal* by APMC Inc. (Gordon, Kevin) (Entered: 06/17/2008) |
| 06/18/2008 | 34 | ENTRY of Appearance by Alison M Howard on behalf of APMC Inc (Howard, Alison) (Entered: 06/18/2008) |
| 06/19/2008 | 35 | ORDER granting 33 Plaintiff's Motion for Leave to File Exhibits to Motion for Preliminary Injunction Under Seal. Signed by Honorable Tim Leonard on 06/19/08. (jy, ) (Entered: 06/19/2008) |
| 06/20/2008 | 36 | NOTICE of Conventional Filing *of Exhibits to Plaintiff's Motion for Injunction* by Kevin D Gordon on behalf of APMC Inc (Gordon, Kevin) (Entered: 06/20/2008) |
| 06/20/2008 | 37 | MOTION for Preliminary Injunction *and Permanent Injunction* by APMC Inc. (Attachments: # 1 Exhibit Ex 1-A Contract 7-30-99, # 2 Exhibit Ex 1-B Contract 12-1-04, # 3 Exhibit Ex 1-C Contract 12-20-07, # 4 Exhibit Ex 2 Calloway Affidavit, # 5 Exhibit Ex 3 Customer Surveys, # 6 Exhibit Ex 4 Ltr from Bergin dated 11-29-07, # 7 Exhibit Ex 5 List of Customer Files provided 9-11-07, # 8 Exhibit Ex 6 Subpoena dated 9-29-07, # 9 Exhibit Ex 7 List of Customer Files provided 9-1-07, # 10 Exhibit Ex 8 Ltr from Mitchell dated 1-25-07, # 11 Exhibit Ex 9 Ltr from APlus dated 11-14-07, # 12 Exhibit Ex 10 Ltr from Mitchell dated 11-21-07, # 13 Exhibit Ex 11 Ltr from Fogarty dated 12-20-07, # 14 Exhibit Ex 12 Ltr from Mitchell dated 1-9-08, # 15 Exhibit Ex 13 Ltr from Customer dated 1-19-07 and Ltr from APlus dated 1-16-07, # 16 Exhibit Ex 14 Ltr from Shorpshire dated 1-7-08, # 17 Exhibit Ex 15 Ltr from Gordon dated 1-15-08, # 18 Exhibit Ex 16 Ltr from Bergin dated 1-16-08, # 19 Exhibit Ex 17 Sparks Audit Report, # 20 Exhibit Ex 18 Ltr from Gordon dated 2-15-08, # 21 Exhibit Ex 19 Ltr from Shropshire dated 4-15-08, # 22 Exhibit Ex 20 Ltr from Chase Bank dated 5-13-08)(Gordon, Kevin) (Entered: 06/20/2008) |
| 06/20/2008 | 38 | SEALED DOCUMENT by APMC Inc. (Exhs 3, 5, 6, 7, 9, 13, 14 and 17 to Plf's Mtn Prel Inj) (ap, ) (Entered: 06/23/2008) |
| 07/07/2008 | 39 | MOTION to Continue *Plaintiff's Motion for Preliminary and Permanent Injunction* by all defendants. (Bergin, Christopher) (Entered: 07/07/2008) |

| 07/08/2008 | 40 | ORDER denying 39 Defendants' Opposed Motion for Continuance of Plaintiff's Motion for Preliminary and Permanent Injunction. Defendants granted an additional 15 days from the date of this order to respond to Plaintiff's Motion for Preliminary and Permanent Injunction. Signed by Honorable Tim Leonard on 07/08/08. (jy, ) (Entered: 07/08/2008) |
|---|---|---|
| 07/23/2008 | 41 | REPLY to Response to Motion re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by all defendants. (Bergin, Christopher) (Entered: 07/23/2008) |
| 08/04/2008 | 42 | REPLY to Response to Motion re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by APMC Inc. (Attachments: # 1 Exhibit 21-Supplementary Affidavit of Michael Calloway)(Gordon, Kevin) (Entered: 08/04/2008) |
| 09/12/2008 | 43 | ORDER granting in part and denying in part 18 Defendants' Motion to Dismiss. The motion is granted with respect to plaintiff's 1983 claims against defendant Fogarty, without prejudice. Pursuant to plaintiff's request, Count V of the complaint is stricken. In all other respects the motion is denied. Signed by Honorable Tim Leonard on 09/12/08. (jy, ) (Entered: 09/12/2008) |
| 09/12/2008 | 44 | ENTER ORDER re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by APMC Inc. Evidentiary Hearing set for 10/2/2008 10:00 AM in Courtroom #502 before Honorable Tim Leonard. Signed by Honorable Tim Leonard on 09/12/08. (jy, ) (Entered: 09/12/2008) |
| 09/17/2008 | 45 | NOTICE to Take Deposition of Melissa Clampitt; Natasha Case by APMC Inc. (Attachments: # 1 Exhibit 1 Subpoenaed Documents)(Gordon, Kevin) (Entered: 09/17/2008) |
| 09/17/2008 | 46 | NOTICE to Take Deposition of Custodian of Records, Michael Fogarty, Kelly Shropshire and Lynn Mitchell, M.D. by APMC Inc. (Attachments: # 1 Exhibit 1 Subpoenaed Documents)(Gordon, Kevin) (Entered: 09/17/2008) |
| 09/19/2008 | 47 | MOTION to Stay Case by Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Bergin, Christopher) (Entered: 09/19/2008) |
| 09/19/2008 | 48 | NOTICE OF APPEAL by Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Bergin, Christopher) (Entered: 09/19/2008) |
| 09/19/2008 | 49 | USCA Appeal Fee received in the amount of $ 455, receipt number 129850, re 48 Notice of Appeal, filed by Kelly Shropshire, Lynn Mitchell (ap, ) (Entered: 09/22/2008) |
| 09/22/2008 | 50 | Transmission of Notice of Appeal to US Court of Appeals re 48 Notice of Appeal, (ap, ) (Entered: 09/22/2008) |
| 09/22/2008 | 51 | RESPONSE in Opposition re 47 MOTION to Stay Case filed by APMC Inc. |

| | | (Gordon, Kevin) (Entered: 09/22/2008) |
|---|---|---|
| 09/22/2008 | 52 | ORDER directing plaintiff to file an expedited response to 47 MOTION to Stay Case filed by Kelly Shropshire, Lynn Mitchell, no later than 4:00 p.m. on 09/24/08. Signed by Honorable Tim Leonard on 09/22/08. (jy, ) (Entered: 09/22/2008) |
| 09/23/2008 | 53 | USCA Case Number 08-6208 for 48 Notice of Appeal, filed by Kelly Shropshire, Lynn Mitchell. (Attachments: # 1 Preliminary Record and Docket Sheet)(ap, ) (Entered: 09/23/2008) |
| 09/24/2008 | 54 | ORDER denying 47 Motion to Stay Case. Signed by Honorable Tim Leonard on 09/24/08. (jy, ) (Entered: 09/24/2008) |
| 09/26/2008 | 55 | MOTION to Quash *Plaintiff's Notices and Subpoenas for Depositions* by Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Attachments: # 1 Exhibit LETTER OF 09/22/08)(Bergin, Christopher) (Entered: 09/26/2008) |
| 09/26/2008 | 56 | MOTION for Extension of Time to File Answer by Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity). (Bergin, Christopher) (Entered: 09/26/2008) |
| 09/29/2008 | 57 | RESPONSE in Opposition re 55 MOTION to Quash *Plaintiff's Notices and Subpoenas for Depositions and Brief in Support of Motion to Compel* filed by APMC Inc. (Attachments: # 1 Exhibit 1-Notices of Deposition and Subpoenas, # 2 Exhibit 2-Letter from Kevin Gordon dated 9-17-08, # 3 Exhibit 3-Letter from Chris Bergin dated 9-22-08, # 4 Exhibit 4-Letter from Kevin Gordon dated 9-22-08, # 5 Exhibit 5-Letter from Kevin Gordon dated 3-14-08)(Gordon, Kevin) (Entered: 09/29/2008) |
| 09/29/2008 | 58 | MOTION to Compel *Noticed and Subpoenaed Discovery* by APMC Inc. (Gordon, Kevin) (Entered: 09/29/2008) |
| 09/29/2008 | 59 | UNOPPOSED MOTION to Continue *Evidentiary Hearing on Plaintiff's Motion for Injunction* by APMC Inc. (Gordon, Kevin) (Entered: 09/29/2008) |
| 09/29/2008 | 60 | ORDER granting 56 Motion for Extension of Time to Answer re 1 Complaint. Defendants, including Fogarty, are granted to 10-03-08 to answer the Complaint. Signed by Honorable Tim Leonard on 09/29/08. (jy, ) (Entered: 09/29/2008) |
| 09/29/2008 | 61 | ORDER granting 59 Plaintiff's Unopposed Motion to Continue the Evidentiary Hearing on Plaintiff's Motion for Injunction. Court will reset hearing after ruling on Defendants' Motion to Quash and Plaintiff's Motion to Compel is issued. Signed by Honorable Tim Leonard on 09/29/08. (jy, ) (Entered: 09/29/2008) |
| 09/29/2008 | | Hearing deadline terminated. (jy, ) (Entered: 09/29/2008) |

| | | |
|---|---|---|
| 09/29/2008 | 62 | DESIGNATION of Record on Appeal by all defendants re 48 Notice of Appeal, (Attachments: # 1 Exhibit Docket Sheet from Clerk)(Bergin, Christopher) (Entered: 09/29/2008) |
| 09/29/2008 | 63 | TRANSCRIPT Order Form by all defendants that transcripts ARE NOT necessary. See order form for dates and proceedings. (Bergin, Christopher) (Entered: 09/29/2008) |
| 09/29/2008 | 64 | ENTER ORDER re 58 MOTION to Compel *Noticed and Subpoenaed Discovery* filed by APMC Inc, 55 MOTION to Quash *Plaintiff's Notices and Subpoenas for Depositions* filed by Kelly Shropshire, Lynn Mitchell. Hearing set for 10/3/2008 11:00 AM in Courtroom #502 Honorable Tim Leonard. Signed by Honorable Tim Leonard on 09/29/08. (jy, ) (Entered: 09/29/2008) |
| 09/30/2008 | 65 | TRANSCRIPT LETTER advising that transcripts are not necessary re 48 Notice of Appeal, filed by Kelly Shropshire, Lynn Mitchell. The record is ready for appeal purposes. (ap, ) (Entered: 09/30/2008) |
| 10/02/2008 | 66 | ANSWER to Complaint by all defendants.(Bergin, Christopher) (Entered: 10/02/2008) |
| 10/03/2008 | 67 | ENTRY of Appearance by Christopher J Bergin on behalf of all defendants (Bergin, Christopher) (Entered: 10/03/2008) |
| 10/03/2008 | | Docket Annotation: The EOA of Nicole M Nantois, Doc #67, filed this date, is stricken as the filer was Christopher Bergin. Counsel to refile under her name. (ap, ) (Entered: 10/03/2008) |
| 10/03/2008 | 68 | ENTRY of Appearance by Nicole M Nantois on behalf of all defendants (Nantois, Nicole) (Entered: 10/03/2008) |
| 10/03/2008 | 69 | Minute Entry for proceedings held before Honorable Tim Leonard: Motion Hearing held on 10/3/2008 re 58 MOTION to Compel *Noticed and Subpoenaed Discovery* filed by APMC Inc, 55 MOTION to Quash *Plaintiff's Notices and Subpoenas for Depositions* filed by Kelly Shropshire, Lynn Mitchell. Court denies the Defendants' Motion to Quash Plaintiff's Notice and Subpoenas for Deposition and grants Plaintiff's Motion to Compel. Court orders discovery on issues in regard to request for injunctive relief. Court directs defendants' counsel to provide written discovery to plaintiff's counsel by 10/17/08. Parties have until 10/31/08 to complete discovery. The evidentiary hearing is to be set in November, the end of the 2nd week or some time during the 3rd week of the month. Court will issue a scheduling order providing for an April 1, 2009 discovery cutoff which will place this case on this court's July 2009 trial docket. (Court Reporter Alana LaGrow.) (jy, ) (Entered: 10/03/2008) |
| 10/03/2008 | 70 | SCHEDULING ORDER: Motions to join due 03/02/09; Motions to amend due 03/02/09; Pla expert witness list and expert reports due 02/16/09; Dft expert witness list and expert reports due 03/02/09; Pla witness list due 03/02/09; Dft witness list due 03/16/09; Pla exhibit list due 03/02/09; Dft exhibit list due 03/16/09; Motions in limine due 06/15/09; Jury instructions due 06/15/09; Voir dire requests due 06/15/09; Proposed Findings of Fact and Conclusions due 06/15/09; Discovery due by 4/1/2009. Jury Trial set for trial |

| | | |
|---|---|---|
| | | docket beginning the week of 7/13/2009 in Courtroom #502 before Honorable Tim Leonard. Dispositive and Daubert Motions due by 4/15/2009. Pretrial Report due by 6/15/2009. Signed by Honorable Tim Leonard on 10/03/08. (jy, ) (Entered: 10/03/2008) |
| 10/03/2008 | 71 | ORDER denying 58 MOTION to Compel *Noticed and Subpoenaed Discovery* filed by APMC Inc, 55 MOTION to Quash *Plaintiff's Notices and Subpoenas for Depositions* filed by Kelly Shropshire, Lynn Mitchell, as more fully set forth. Signed by Honorable Tim Leonard on 10/03/08. (jy, ) (Entered: 10/03/2008) |
| 10/15/2008 | 72 | ENTER ORDER re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by APMC Inc. Evidentiary Hearing set for 11/18/2008 10:00 AM in Courtroom #502 before Honorable Tim Leonard. Signed by Honorable Tim Leonard on 10/15/08. (jy, ) (Entered: 10/15/2008) |
| 10/15/2008 | 73 | NOTICE to Take Deposition of Justin Etchison by APMC Inc. (Strubhar, Rustin) (Entered: 10/15/2008) |
| 10/15/2008 | 74 | NOTICE to Take Deposition of Pam Raisley by APMC Inc. (Attachments: # 1 Exhibit A - Documents to Produce at Deposition)(Strubhar, Rustin) (Entered: 10/15/2008) |
| 10/15/2008 | 75 | NOTICE to Take Deposition of Amy Trent and Kathy Logan by APMC Inc. (Attachments: # 1 Exhibit A - Documents to Produce at Deposition)(Strubhar, Rustin) (Entered: 10/15/2008) |
| 10/15/2008 | 76 | NOTICE to Take Deposition of Melissa Clampitt and Natasha Case (AMENDED) by APMC Inc. (Attachments: # 1 Exhibit A - Documents to Produce at Deposition)(Strubhar, Rustin) (Entered: 10/15/2008) |
| 10/15/2008 | 77 | NOTICE to Take Deposition of Kelly Shropshire, Lynn Mitchell, M.D., and Michael Fogarty (AMENDED) by APMC Inc. (Strubhar, Rustin) (Entered: 10/15/2008) |
| 10/20/2008 | 78 | NOTICE to Take Deposition of Mike Calloway by all defendants. (Bergin, Christopher) (Entered: 10/20/2008) |
| 10/20/2008 | 79 | NOTICE to Take Deposition of Eva Jo Sparks by all defendants. (Bergin, Christopher) (Entered: 10/20/2008) |
| 10/20/2008 | 80 | NOTICE to Take Deposition of Michael Calloway by all defendants. (Bergin, Christopher) (Entered: 10/20/2008) |
| 10/20/2008 | 81 | NOTICE to Take Deposition of Eva Jo Sparks by all defendants. (Bergin, Christopher) (Entered: 10/20/2008) |
| 11/10/2008 | 82 | SECOND MOTION to Compel *and for Protective Order and Brief in Support* by APMC Inc. (Attachments: # 1 Exhibit 1 Letter dated 10-20-08, # 2 Exhibit 2 Email 11-5-08, # 3 Exhibit 3 Ltr 11-6-08, # 4 Exhibit 4 Ltr 11-7-08)(Gordon, Kevin) (Entered: 11/10/2008) |
| 11/10/2008 | 83 | ORDER re 82 SECOND MOTION to Compel *and for Protective Order and Brief in Support* filed by APMC Inc. Defendants shall file an expedited |

| | | |
|---|---|---|
| | | response to Plaintiff's Second Motion to Compel and for Protective Order by close of business on 11/12/08. Signed by Honorable Tim Leonard on 11/10/08. (jy, ) (Entered: 11/10/2008) |
| 11/12/2008 | 84 | RESPONSE to Motion re 82 SECOND MOTION to Compel *and for Protective Order and Brief in Support* filed by all defendants. (Attachments: # 1 Exhibit No.1, # 2 Exhibit No.2, # 3 Exhibit No.3, # 4 Exhibit No. 4)(Bergin, Christopher) (Entered: 11/12/2008) |
| 11/13/2008 | 85 | REPLY by Plaintiff APMC Inc re 84 Response to Motion *to Compel* filed by APMC Inc. (Attachments: # 1 Exhibit 1 - Privileged, # 2 Exhibit 2 Ltr dated 10-23-08)(Gordon, Kevin) (Entered: 11/13/2008) |
| 11/13/2008 | 86 | ORDER REFERRING MOTION: 82 SECOND MOTION to Compel *and for Protective Order and Brief in Support* filed by APMC Inc. Motion referred to Valerie K. Couch. Signed by Honorable Tim Leonard on 11/13/08. (jy, ) (Entered: 11/13/2008) |
| 11/13/2008 | 87 | ENTER ORDER setting hearing for Friday, 11/14/08 at 2:00 pm on Plf's Second Motion to Compel and for Protective Order. Order entered by direction of Magistrate Judge Valerie K. Couch on 11/13/08. (ch, ) (Entered: 11/13/2008) |
| 11/20/2008 | 88 | NOTICE to Take Deposition of Michael Calloway by all defendants. (Bergin, Christopher) (Entered: 11/20/2008) |
| 11/20/2008 | 89 | NOTICE to Take Deposition of Eva Jo Sparks by all defendants. (Bergin, Christopher) (Entered: 11/20/2008) |
| 11/20/2008 | 90 | Hearing held on Plf's Second Motion to Compel and for Protective Order before Magistrate Judge Valerie K. Couch on 11/1408; Aletia Timmons, Alison Howard, Kevin Gordon and Rustin Strubhar appr on behalf of plf; Chris Bergin and Nicole Nantois appr on behalf of dfts; Court grants in part and denies in part Plf's Second Motion to Compel and denies Plf's Motion for Protective Order. The Court further establishes a schedule for discovery pertinent to the motion. (MORE FULLY SET OUT) (Tape #2:17:50.) (ch, ) (Entered: 11/20/2008) |
| 11/20/2008 | 91 | ENTER ORDER that on 11/19/08 the Court held a telephone conference with cnsl at their request to clarify aspects of the Court's rulings on Plf's Second Motion to Compel. As the result of the conference, the Court amends the schedule as follows: 1) the document production and privilege log are due on Friday, 11/21/08; 2) the depositions to be reopened will begin on Monday, 12/1/08 and 3) the depositions of Mr. Calloway nad Ms. Sparks will be taken on Thursday, 12/4/08. Order entered by direction of Magistrate Judge Valerie K. Couch on 11/20/08. (ch, ) (Entered: 11/20/2008) |
| 11/21/2008 | 92 | ORDER re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by APMC Inc. Evidentiary Hearing scheduled to begin on 12/8/2008 10:00 AM in Courtroom #502 before Honorable Tim Leonard and continuing, as necessary, through 12/09/2008. Signed by Honorable Tim Leonard on 11/21/08. (jy, ) (Entered: 11/21/2008) |
| | | |

| | | |
|---|---|---|
| 11/24/2008 | 93 | NOTICE to Take Deposition of Christopher Bergin by APMC Inc. (Gordon, Kevin) (Entered: 11/24/2008) |
| 11/24/2008 | 94 | NOTICE (other) by Michael Fogarty(in his official capacity as Chief Executive Officer of the Oklahoma Health Care Authority), Michael Fogarty (in his individual capacity), Lynn Mitchell(MD, in her official capacity as State Medicaid Director), Lynn Mitchell(MD, in her individual capacity), Kelly Shropshire(in his official capacity as Auditor for the Oklahoma Health Care Authority), Kelly Shropshire(in his individual capacity) *NOTICE OF CONFLICT* (Bergin, Christopher) (Entered: 11/24/2008) |
| 11/26/2008 | 95 | MOTION to Quash by all defendants. (Nantois, Nicole) (Entered: 11/26/2008) |
| 12/01/2008 | 96 | RESPONSE in Opposition re 95 MOTION to Quash *Deposition of Chris Bergin* filed by APMC Inc. (Gordon, Kevin) (Entered: 12/01/2008) |
| 12/03/2008 | 97 | ENTER ORDER re 37 MOTION for Preliminary Injunction *and Permanent Injunction* filed by APMC Inc. Evidentiary Hearing rescheduled for 12/15/2008 10:00 AM and continuing, as necessary, through 12/16/2008, in Courtroom #502 before Honorable Tim Leonard. Signed by Honorable Tim Leonard on 12/03/08. (jy, ) (Entered: 12/03/2008) |
| 12/03/2008 | 98 | ORDER finding as moot 95 defendants' Motion to Quash. Signed by Honorable Tim Leonard on 12/03/08. (jy, ) (Entered: 12/03/2008) |
| 12/11/2008 | 99 | ADMINISTRATIVE CLOSING ORDER: This action is administratively terminated without prejudice to the rights of the parties for entry of any stipulation or order. If not reopened within 45 days to obtain final determination, action is deemed dismissed with prejudice. Signed by Honorable Tim Leonard on 12/11/08. (jy, ) (Entered: 12/11/2008) |
| 01/12/2009 | 100 | ORDER of USCA as to 48 Notice of Appeal, filed by Kelly Shropshire, Lynn Mitchell; in accordance w/10th Cir R 33.1 and upon consideration of the stipulation of ptys to voluntarily dism the appeal, this appeal is dismissed; ea pty will bear its own costs on appeal; a copy of this order will stand as the mandate of the court (ap, ) (Entered: 01/14/2009) |
| 01/12/2009 | 101 | MANDATE ISSUED From USCA 48 Notice of Appeal, filed by Kelly Shropshire, Lynn Mitchell (Attachments: # 1 Order)(ap, ) (Entered: 01/14/2009) |
| 02/04/2009 | 102 | STIPULATION of Dismissal by APMC Inc. (Gordon, Kevin) (Entered: 02/04/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/15/2010 16:16:23 | | | |
| PACER Login: | dn0424 | Client Code: | rr/calloway |

| Description: | Docket Report | Search Criteria: | 5:08-cv-00249-L Start date: 1/1/1970 End date: 8/16/2010 |
| --- | --- | --- | --- |
| Billable Pages: | 9 | Cost: | 0.72 |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| (1) APMC, INC., d/b/a A PLUS MEDICAL OF OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| (1) MICHAEL FOGARTY, Chief Executive Officer of the Oklahoma Health Care Authority; (2) LYNN MITCHELL, M.D., State Medicaid Director; (3) KELLY SHROPSHIRE, Auditor for the Oklahoma Health Care Authority, sued in their official and individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  5:08-cv-00249 |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-styled lawsuit, Plaintiff APMC, Inc., d/b/a A Plus Medical of Oklahoma, and Defendants Michael Fogarty, Lynn Mitchell, M.D., and Kelly Shropshire, in their individual and official capacities, hereby stipulate to the dismissal with prejudice of the above-styled action, each party to bear his or her own attorney fees and costs.

DATED this 4th day of February, 2009.


s/ Kevin D. Gordon
D. Kent Meyers, OBA #6168
Kevin D. Gordon, OBA #10826
Rustin J. Strubhar, OBA #15850
Alison M. Howard, OBA #19835
CROWE & DUNLEVY, P.C.

s/ Christopher J. Bergin
*(Signed by the filing attorney with
permission from Christopher J. Bergin)*
Christopher J. Bergin, OBA #13897
Nicole Nantois, OBA #16965
Oklahoma Health Care Authority

1



PLAINTIFF'S
EXHIBIT
26

20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
kent.meyers@crowedunlevy.com
kevin.gordon@crowedunlevy.com
rustin.strubhar@crowedunlevy.com
alison.howard@crowedunlevy.com

-And-

Aletia Haynes Timmons, OBA #11855
TIMMONS & ASSOCIATES, L.L.C.
527 NW 23rd Street, Suite 200
Oklahoma City, Oklahoma 73103
(405) 602-5393
(405) 602-5390 (Facsimile)
atimmons@coxinet.net

ATTORNEYS FOR PLAINTIFF APMC,
INC. d/b/a A PLUS MEDICAL OF
OKLAHOMA

P.O. Drawer 18497
Oklahoma City, OK 73154-0497
(405) 522-7431
(405) 530-3455 (Facsimile)
Christopher.bergin@okhca.org
Nicole.nantois@okhca.org

ATTORNEYS FOR DEFENDANTS
MICHAEL FORGATY, LYNN
MITCHELL, M.D., AND KELLY
SHROPSHIRE

## OFFICE OF THE SECRETARY OF STATE



## CERTIFICATE

*I, THE UNDERSIGNED,* Secretary of State of the State of Oklahoma, do hereby certify that I am, by the laws of said state, the custodian of the records of the state of Oklahoma relating to the right of corporations to transact business in this state and am the proper officer to execute this certificate.

*I FURTHER CERTIFY* that *MEDICAL ENTERPRISES, INC.,* was granted a charter on the 4th day of August, 1999, a corporation duly organized and existing under and by virtue of the laws of the State of Oklahoma.

*I FURTHER CERTIFY* that, *MICHAEL CALLOWAY SR* whose address is *719 EVERGREEN  EDMOND OK 73003* is the registered agent for service of process for said corporation.

*I FURTHER CERTIFY* that *MEDICAL ENTERPRISES, INC.,* is a Domestic For Profit Business Corporation duly organized and existing under and by virtue of the laws of the state of Oklahoma and is in good standing according to the records of this office. This certificate is not to be construed as  an endorsement, recommendation or notice of approval of the entity's  financial condition or business activities and practices. Such information is not available from this office.



PLAINTIFF'S
EXHIBIT

27



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this  19th, day of  August, 2010.*

**Secretary Of State**

**OFFICE OF THE SECRETARY OF STATE**



## CERTIFIED COPY

*I THE UNDERSIGNED, Secretary of State, of the State of Oklahoma do hereby certify that, to the date of this certificate, the attached is a true and correct copy of the document on file as described below of:*

**NAME OF ENTITY**
**PREMIER PROVIDERS, LLC**

*DOCUMENT TYPE*
Articles of Organization

*DOCUMENT FILING DATE*
December 11, 2008



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 3rd day of August, 2010.*

*Secretary Of State*

**PLAINTIFF'S**
**EXHIBIT**
28



**OFFICE OF THE SECRETARY OF STATE**

# CERTIFICATE
# OF
# LIMITED LIABILITY COMPANY

*WHEREAS,* the Articles of Organization of

## PREMIER PROVIDERS, LLC

*an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this*
<u>*11th*</u> *day of* <u>*December, 2008*</u>.

*M. Susan Savage*
_____
**Secretary of State**

FILED - Oklahoma Secretary of State #3512214069 12/11/2008 16:45

# ARTICLES OF ORGANIZATION
## OF AN
## OKLAHOMA LIMITED LIABILITY COMPANY

**TO:**    OKLAHOMA SECRETARY OF STATE
2300 N Lincoln Blvd., Room 101
State Capitol Building
Oklahoma City, Oklahoma 73105-4897
(405) 521-3912

The undersigned, for the purpose of forming an Oklahoma limited liability company pursuant to the provisions of 18 O.S., Section 2004, does hereby execute the following articles:

I.    The name of the limited liability company (**Note:** The name **must** contain either the words **limited liability company** or **limited company** or the abbreviations **LLC, LC, L.L.C.** or **L.C.** The word limited may be abbreviated as Ltd. and the word Company may be abbreviated as Co.):

### PREMIER PROVIDERS, LLC

II.    The street address of its principal place of business, wherever located:

**2801 Coltrane Place, Suite 2, Edmond, OK 73034**

III.    The name and street address of the resident agent in the state of Oklahoma:

**Stephen E. Dyer, 132 N. Ranchwood Blvd., Yukon, OK 73099**

IV.    The term of existence:  **Perpetual**

**Articles of organization must** be signed by at least one person who need not be a member of the limited liability company.

Dated:  December 11, 2008

Signature: _____

Type or Print Name:  Stephen E. Dyer

Address:  132 N. Ranchwood Blvd., Yukon, OK 73099

12/11/2008  04:25 PM
OKLAHOMA SECRETARY OF STATE

SOS

11025630002

## OFFICE OF THE SECRETARY OF STATE



## CERTIFIED COPY OF DOCUMENTS ON FILE

*I THE UNDERSIGNED, Secretary of State of the State of Oklahoma, do hereby certify that, to the date of this certificate, the attached is a true and correct copy of all documents on file in this office as described below of:*

**NAME OF ENTITY**
**VEMAC, LLC**

| DOCUMENT TYPE | DOCUMENT FILING DATE |
|---|---|
| *Articles of Organization* | *February 05, 2009* |
| *Trade Name Report* | *February 05, 2009* |



*IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this  3rd  day of  August, 2010.*

*Secretary Of State*



**PLAINTIFF'S EXHIBIT**

29

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE
## OF
# LIMITED LIABILITY COMPANY

*WHEREAS,* the Articles of Organization of

## VEMAC, LLC

*an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I,* the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.

*IN TESTIMONY WHEREOF, I* hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.



*Filed in the city of Oklahoma City this* <u>5th</u> *day of* <u>February, 2009</u>.

*M. Susan Savage*
_____
**Secretary of State**

**FILED - Oklahoma Secretary of State #3512219632 02/05/2009 15:08**

02/05/2009  02:55 PM
OKLAHOMA SECRETARY OF STATE



SOS



11372560004

# ARTICLES OF ORGANIZATION
## OF AN
## OKLAHOMA LIMITED LIABILITY COMPANY

**TO: OKLAHOMA SECRETARY OF STATE**
2300 N Lincoln Blvd., Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105-4897
(405) 521-3912

The undersigned, for the purpose of forming an Oklahoma limited liability company pursuant to the provisions of 18 O.S., Section 2004, does hereby execute the following articles:

1.    The name of the limited liability company (**Note:** The name **must** contain either the words **limited liability company** or **limited company** or the abbreviations **LLC, LC, L.L.C.** or **L.C.** The word limited may be abbreviated as Ltd. and the word Company may be abbreviated as Co.):

Vemac, LLC

2.    The street address of its principal place of business, wherever located:

| 2801 Coltrane Pl, Suite 2 | Edmond | OK | 73034 |
|---|---|---|---|
| Street address | City | State | Zip Code |

3.    The name and street address of the resident agent in the state of Oklahoma:

| Stephen E. Dyer | 2801 Coltrane Pl, Suite 2 | Edmond | OK | 73034 |
|---|---|---|---|---|
| Name | Street Address (P.O. Boxes are **not** acceptable.) | City | State | Zip Code |

4.    The term of existence:    Perpetual

**Articles of organization must be signed by at least one person who need not be a member of the limited liability company.**

Dated:    2-5-09

Signature:

Type or Print Name:    Stephen E. Dyer

Address:    2801 Coltrane Pl, Suite 2    Edmond, OK  73034

(SOS FORM 0073-11/99)

FILED - Oklahoma Secretary of State #3512219632 02/05/2009 15:12

02/05/2009  02:55 PM
OKLAHOMA SECRETARY OF STATE



SOS



11372560005

# TRADE NAME REPORT

SECRETARY OF STATE
2300 N. Lincoln Blvd., Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105-4897
(405) 522-4560

The undersigned business entity, in order to do business in Oklahoma <u>under a name other than its legal name,</u> hereby submits the following trade name report pursuant to Title 18, Oklahoma Statutes, Section 1140:

1.  The **trade name** under which the business is carried on in Oklahoma is:

    *Vemac Group*

    (The trade name **must be different** than the legal name listed in Item 4 below.)

2.  Business is carried on under such trade name at the following address(es):

    *2801 Coltrane Pl, Suite 2*

    *Edmond, OK 73034*

3.  A brief description of the kind of business being transacted under such trade name:

    *Medical equipment sales.*

4.  The legal name of the "**corporation or business entity**" doing business under the trade name is:

    *Vemac, LLC*

5.  The type of "business entity" filing the trade name report is (check one of the following):

    ( ) corporation          ( ) business trust          ( ) common law trust
    (X) limited liability company  ( ) unincorporated business  ( ) partnership

6.  The business entity was formed in the state of:   *Oklahoma*

    **(REVERSE SIDE OF FORM MUST BE SIGNED AND DATED.)**

**COMPLETE <u>ONLY</u> THE ACKNOWLEGEMENT WHICH APPLIES TO THE BUSINESS ENTITY FILING THIS TRADE NAME REPORT.**

| BUSINESS ENTITY ACKNOWLEDGEMENT |
| --- |

I/we, being duly authorized to sign on behalf of the above named business entity, do hereby execute this report on the ___5th___ day of ___February___, ___2009___.

_____
Signature

___Stephen E. Dyer___
Type or Print Name

___Managing Partner___
Title

| CORPORATION ACKNOWLEDGMENT |
| --- |

I/we, being duly authorized to sign on behalf of the above named corporation, do hereby execute this report on the _____ day of _____, _____.

_____
by its ____President

ATTEST:

_____
by its ____Secretary

(SOS FORM 0021-12/01)



*Tinker FCU*

*303085829*

## POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 05/01/2009 | 1438 | 2009 | 1963 | 0 | 4000.00 | 6200 | 1255 |





5/1/2009
1255
6200

| | Total Count | Total Amount |
|---|---|---|
| | 1 | $4,000.00 |





**PLAINTIFF'S EXHIBIT**

**30**

For technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
Copyright © 2010 Southwest Corporate. All rights reserved. August 24, 2010 03:01 PM Central Time



*Tinker FCU*                                                                                          *303085829*

# POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 05/22/2009 | ⬛⬛5492 | 2013 | ⬛⬛1963 | 0 | 4000.00 | 6200 | 1748 |

VEMAC GROUP
P.O. BOX 1664
EDMOND, OK 73083
(800) 466-2908

1748

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
38-269/1030

2013

5/21/2009

PAY TO THE ORDER OF   Michael L. and Lillie E. Calloway Rev Tr                       $ *4,000.00

Four Thousand and 00/100********************************************************* DOLLARS

Michael L. and Lillie E. Calloway Rev Tr
PO Box 2031
Edmond, OK 73083

MEMO   Payment on Note

⑆002013⑆ ⑆⬛⬛⬛2691⑆ ⬛⬛⬛1963⑆

5/22/2009
1748
6200



| | Total Count | Total Amount |
|---|---|---|
| | 1 | $4,000.00 |

New Search

**PLAINTIFF'S EXHIBIT**
**31**

Main Menu    Help ?    Sign Off

For technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
Copyright © 2010 Southwest Corporate. All rights reserved. August 24, 2010 03:02 PM Central Time





*Tinker FCU*                                                                    *303085829*

## POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 06/16/2009 | 1448 | 2018 | 1963 | 0 | 3000.00 | 6200 | 1087 |



VEMAC GROUP
P.O. BOX 1664
EDMOND, OK 73083
(800) 466-2908

**1087**

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

**2018**

6/16/2009

PAY TO THE ORDER OF   Michael L. and Lillie E. Calloway Rev Tr        $ **3,000.00

Three Thousand and 00/100********************************************************* DOLLARS

Michael L. and Lillie E. Calloway Rev Tr
PO Box 2031
Edmond, OK 73083

MEMO   Payment on Purchase

6/16/2009
1087
6200

| | Total Count | Total Amount |
|---|---|---|
| | 1 | $3,000.00 |

New Search

Main Menu    Help ?    Sign Off

PLAINTIFF'S
EXHIBIT
32

...or technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
...opyright © 2010 Southwest Corporate. All rights reserved. August 24, 2010 02:53 PM Central Time



*Tinker FCU*                                                                                                    *303085829*

## POD - Viewing Image

| | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| **Front & Back** [View] | 06/19/2009 | ▓▓0996 | 2019 | ▓▓▓1963 | 0 | 1000.00 | 6200 | 1087 |



VEMAC GROUP
P.O. BOX 1684
EDMOND, OK 73083
(800) 456-2908

**1087**

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

**2019**

6/18/2009

PAY TO THE ORDER OF    Michael L. and Lillie E. Calloway Rev Tr                    $ **1,000.00

One Thousand and 00/100************************************************************ DOLLARS

Michael L. and Lillie E. Calloway Rev Tr
PO Box 2031
Edmond, OK 73083

MEMO    Payment on Purchase of A Plus Assets

⑆00 2019⑆ ⑈ 269⑉ ▓▓▓1963⑆

6/19/2009
1087
6200

| | **Total Count** | **Total Amount** |
|---|---|---|
| | 1 | $1,000.00 |





**PLAINTIFF'S EXHIBIT 33**

For technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
Copyright © 2010 Southwest Corporate. All rights reserved. August 24, 2010 02:21 PM Central Time

https://tz.tranzact.org/PODListItems.asp                                                    8/24/2010



*Tinker FCU*                                                                                      *303085829*

# POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 07/15/2009 | 5858 | 2028 | 1963 | 0 | 3000.00 | 6200 | 1255 |

VEMAC GROUP
P.O. BOX 1664
EDMOND, OK 73083
(800) 466-2908

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

**1255**    **2028**

7/8/2009

PAY TO THE ORDER OF   Michael L. and Lillie E. Calloway Rev Tr                          $ ***3,000.00

Three Thousand and 00/100************************************************** DOLLARS

Michael L. and Lillie E. Calloway Rev Tr
PO Box 2031
Edmond, OK  73083

MEMO   Payment on Purchase

⑆002028⑆ ⑆2691⑆ 1963⑆



7/15/2009
1255
6200

| | Total Count | Total Amount |
|---|---|---|
| | 1 | $3,000.00 |





For technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
Copyright © 2010 Southwest Corporate. All rights reserved. August 31, 2010 01:54 PM Central Ti...



PLAINTIFF'S EXHIBIT 34



*Tinker FCU*                                                                    *303085829*

# POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 07/30/2009 | 2766 | 2023 | 1963 | 0 | 700.00 | 6200 | 1612 |

VEMAC GROUP
P.O. BOX 1684
EDMOND, OK 73083
(800) 466-2908

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

2023

7/30/09

**1612**

PAY TO THE ORDER OF  *Michael L. and Lillie E. Calloway Rev. Trust*    $ *700.00*

*Seven hundred and no/100*                                    DOLLARS

MEMO  *Payment on Purchase*

⑈002023⑈ ⑆2691⑆  1963⑈



7/30/2009
1612
6200

| | Total Count | Total Amount |
|---|---|---|
| | 1 | $700.00 |





**PLAINTIFF'S EXHIBIT**
35
8/24/2010

https://trz.tranzact.org/PODListItems.asp



VEMAC GROUP
P.O. BOX 1664
EDMOND, OK 73083
(800) 466-2906

1707

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

2025

8-11-09

PAY TO THE
ORDER OF   Michael L. and Lillie E. Galloway Living Trust                    $ 700.00

Seven-hundred and 00/100                                                 DOLLARS

MEMO  Payment on Purchase

⑈00 2025⑈ ⑈ ⑈ ⑈ 269 1⑈ ⑈ ⑈ ⑈ 1963⑈

8/13/2009
1707
6200





| | Total Count | Total Amount |
|---|---|---|
| | 2 | $1,400.00 |

New Search

Main Menu    Help ?    Sign Off

For technical assistance with TranZact - Please call Member Services (800) 442-5763, option 1.
Copyright © 2010 Southwest Corporate. All rights reserved. August 23, 2010 02:04 PM Central Time



PLAINTIFF'S
EXHIBIT
36



*Tinker FCU*                                                                    *303085829*

## POD - Viewing Image

| Front & Back | Date Captured | Trace No. | Serial No. | Account No. | TC | Draft Amt. | Branch No. | Teller No. |
|---|---|---|---|---|---|---|---|---|
| View | 08/21/2009 | ████4044 | 2051 | ██████1963 | 0 | 350.00 | 6200 | 1612 |

VEMAC GROUP
P.O. BOX 1664
EDMOND, OK 73083
(800) 466-2908

FIRST FIDELITY BANK, NA
EDMOND, OK 73013
39-269/1030

2051

**1612**

8/20/2009

PAY TO THE ORDER OF    Michael L. and Lillie E. Calloway Rev Tr                    $ **350.00

Three Hundred Fifty and 00/100********************************************************** DOLLARS

Michael L. and Lillie E. Calloway Rev Tr
PO Box 2031
Edmond, OK 73083

MEMO    Payment on Purchase

⑈002051⑈ ⑆██████2691⑆ ⑈██████1963⑈



8/21/2009
1612
6200

|  |  | Total Count | Total Amount |
|---|---|---|---|
|  |  | 1 | $350.00 |





PLAINTIFF'S
EXHIBIT
37

https://trz.tranzact.org/PODListItems.asp

http://vemacgroup.com/home.html

# VEMAC GROUP

Home

## Your Multistate Provider of Medical Equipment and Supplies

The Vemac Group is an alliance of provider companies based in the Midwest. Through this alliance of companies, the Vemac Group has created a "one-stop shopping" source for patients with various medical equipment and supply needs. The Vemac Group provides customer support, billing and shipping services for these companies all through one convenient toll-free number. We currently work with state Medicaid, private insurance, and self-pay clients.

At the Vemac Group, we are dedicated to providing our clients with the best possible customer service and satisfaction. Let us become your "one-stop shop." Give us a call today at (800) 466-2908 and a client specialist will be glad to assist you.





PLAINTIFF'S EXHIBIT
38

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by:  Vicki Beeler, CSR*

SHEET 1    PAGE 1

1

1    IN THE UNITED STATES BANKRUPTCY COURT
2    FOR THE WESTERN DISTRICT OF OKLAHOMA
3

In re:                        )
4                             )
MICHAEL L. CALLOWAY, SR. and  ) Case No: 09-16011-BH
5   LILLIE E. CALLOWAY,        ) Chapter 7
                               )
6        Debtors.              )        COPY
7
8    RULE 2004 EXAM OF MICHAEL L. CALLOWAY, SR.
9   TAKEN ON JANUARY 21, 2010 BEGINNING AT 9:33 A.M.
10               IN EDMOND, OKLAHOMA
11
12               APPEARANCES
13   On behalf of the CREDITOR RED RIVER ROOFING:
14   DAVID L. NUNN
     David L. Nunn, P.C.
15   17 East First Street
     Edmond, Oklahoma   73083
16   (405) 330-4053
17   On behalf of the DEBTORS:
18   JERRY D. BROWN
     Jerry D. Brown, P.C.
19   One Western Plaza
     5500 North Western, Suite 150
20   Oklahoma City, Oklahoma   73118
     (405) 841-1000
21
22   ALSO APPEARING:
     STEVE COLLYAR
23
24   REPORTED BY: VICKI BEELER, CSR
25

PLAINTIFF'S
EXHIBIT
39

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by: Vicki Beeler, CSR*

SHEET 2    PAGE 2

2

### DEPOSITION INDEX

1
2  ITEM                                                        PAGE
3  Stipulation Page. . . . . . . . . . . . . . . . . .3
4  Direct Examination by Mr. Nunn. . . . . . . . . . .4
5  Jurat Page. . . . . . . . . . . . . . . . . . . .118
6  Certificate Page. . . . . . . . . . . . . . . . .119
7  Errata Sheet. . . . . . . . . . . . . . . . . . .120
8                          *  *  *  *
9              EXHIBIT INDEX
10
11 EXHIBIT                                                     PAGE
12 Exhibit Number 1. . . . . . . . . . . . . . . . . .4
13 Exhibit Number 2. . . . . . . . . . . . . . . . . .6
14 Exhibit Number 3. . . . . . . . . . . . . . . . . 11
15 Exhibit Number 4. . . . . . . . . . . . . . . . . 27
16 Exhibit Number 5. . . . . . . . . . . . . . . . . 40
17 Exhibit Number 6. . . . . . . . . . . . . . . . . 49
18 Exhibit Number 7. . . . . . . . . . . . . . . . . 49
19 Exhibit Number 8. . . . . . . . . . . . . . . . . 56
20 Exhibit Number 9. . . . . . . . . . . . . . . . . 57
21 Exhibit Number 10 . . . . . . . . . . . . . . . . 92
22 Exhibit Number 11 . . . . . . . . . . . . . . . .117

PAGE 3

3

### STIPULATIONS

1
2      It is hereby stipulated and agreed by and
3  between the parties hereto, through their respective
4  attorneys, that the deposition of MICHAEL L.
5  CALLOWAY, SR. may be taken on behalf of the Creditor
6  Red River Roofing, on January 21, 2010 in the City
7  of Edmond, Oklahoma by Vicki Beeler, Certified
8  Shorthand Reporter within and for the State of
9  Oklahoma, taken by notice pursuant to the Order of
10 the Court.
11     It is further stipulated and agreed by and
12 between the parties hereto, through their respective
13 attorneys, that all objections, except as to the
14 form of the question and the responsiveness of the
15 answer, are reserved until the time of trial, at
16 which time they may be made with the same force and
17 effect as if made at the time of the taking of this
18 deposition.

PAGE 4

4

1              MICHAEL L. CALLOWAY, SR.,
2  having been duly sworn, testified as follows:
3                 DIRECT EXAMINATION
4  BY MR. NUNN:
5      Q.   Just for the record, we are here on the
6  Michael L. Calloway, Sr. and Lillie E. Calloway
7  Bankruptcy Chapter 7, Case Number 09-16011-BH.  It's
8  in the United States Bankruptcy Court for the
9  Western District of Oklahoma.  Mr. Calloway appeared
10 pursuant to the Court Order which I have marked as
11 Exhibit 1 and provided to the court reporter and
12 counsel.
13     Mr. Calloway, would you state your full name for
14 the record, please?
15     A.   Michael Lynn Calloway, Senior.
16     Q.   What is your address?
17     A.   19445 Sportsmans Road in Edmond, Oklahoma.
18     Q.   Do you own that home, that Sportsmans Road
19 home?
20     A.   Yes.
21     Q.   Do you own that with your wife Lillie
22 Calloway?
23     A.   Yes.
24     Q.   Tell me when did you acquire that home?
25     A.   I believe in 2000.

PAGE 5

5

1      Q.   Did you have it built?
2      A.   Yes, I did.
3      Q.   Is it a custom built home?
4      A.   Yes.
5      Q.   How many square feet is that house?
6      A.   I have no idea.
7      Q.   How many rooms -- how many bedrooms does it
8  have?
9      A.   Four.
10     Q.   How many bathrooms?
11     A.   Four and a half.
12     Q.   How many cars does the garage hold?
13     A.   Three.
14     Q.   Does Bank Of America hold the mortgage on
15 your Sportsmans Road home?
16     A.   Yes.
17     Q.   Did you acquire -- obtain that mortgage
18 from Bank Of America in October of 2008?
19     A.   I don't know.
20     Q.   Okay.  There is a mortgage on that property
21 at Book 10881, Page 667 that was filed on or about
22 August 11, 2008.  It's for $350,000.  Does that
23 refresh your memory?  Was that loan obtained in
24 2008?
25     A.   Let me see what are you are talking about.

**Vicki Beeler, CSR**
2521 Northwest 58th Place - Oklahoma City, Oklahoma 73112
Phone: (405)840-6060  Cell: 405-317-2412 Email: vbeeler@gmail.com

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by:  Vicki Beeler, CSR*

SHEET 21  PAGE 78

78

1  Can you tell me one name and address and phone
2  number of a person that you have done a home repair
3  job for or cut the grass for?  Even one?
4      A.   Yes.
5      Q.   Tell me.
6      A.   John Gillespie.
7      Q.   John Gillespie.  Do you have his phone
8  number?
9      A.   No.
10     Q.   Where does he live?
11     A.   In my neighborhood.
12     Q.   What did you go for Mr. Gillespie?
13     A.   Cut grass.
14     Q.   Okay.  How many times did you cut his
15  grass?
16     A.   I don't know.
17     Q.   Did you cut it a whole lot?
18     A.   Yeah.
19     Q.   Who else did you work for?
20     A.   You told me give you one.
21     Q.   Sir, I am asking you to tell me in the last
22  60 days who you have performed odd jobs for that you
23  can afford these payments?
24     A.   Lot of people I don't know, sir.  I just
25  get referred and I go do the work.

PAGE 79

79

1      Q.   Do you have checks from them?
2      A.   No, they pay me cash.
3      Q.   Do you work full time for Market Force?
4      A.   There is not a full time job.  They don't
5  have full time employment.
6      Q.   So your testimony -- Mr. Calloway, are you
7  testifying under oath that you make up a $2,500 per
8  month shortfall just in your car payments and house
9  payments, that you make up that shortfall by doing
10  odd jobs like mowing and home repair?
11     A.   Been doing it for 20 years.
12     Q.   But you don't have any checks to prove
13  that?
14     A.   Correct.
15     Q.   Because people just pay you cash?
16     A.   Except for Mr. Gillespie.  He paid me
17  checks.
18     Q.   How many was the last check Mr. Gillespie
19  paid you?
20     A.   I don't know.  You have to ask him.
21     Q.   You don't know that either.  When is the
22  last time you wrote a tuition check to St. Leo's in
23  Florida?  You don't remember?
24     A.   Nope.
25     Q.   How much longer is your wife's unemployment

PAGE 80

80

1  compensation going to last?
2      A.   I don't know.  Ask the government.
3      Q.   Do you have any assets or income -- let me
4  rephrase that.  Have you accurately disclosed all of
5  your assets, all of your debts and all of your
6  income as it existed on the date of bankruptcy?
7      A.   Yes.
8      Q.   Were you doing odd jobs -- you said you had
9  been doing odd jobs for the last how long?
10     A.   All my life.
11     Q.   All your life.  Are those odd jobs, is the
12  income from those odd jobs listed in your schedules?
13  Is it showing up in those indebtedness -- sorry --
14  in those amounts that you have got listed in your
15  Statement of Financial Affairs?
16     A.   No, because it's not income.
17     Q.   Why is it not income, Mr. Calloway?
18     A.   Because it's odd jobs.
19     Q.   You don't consider odd jobs income?
20     A.   I do now because that is my only income.
21     Q.   Are you making about $2,500 a month or more
22  doing odd jobs?
23     A.   I don't exactly know what I am making.  I
24  just make enough to know what to do, and I pay my
25  bills.

PAGE 81

81

1      Q.   You know you are paying your bills, you
2  know you are paying this $5,400 a month on your
3  house and your car payments from doing -- you are
4  making that up by doing odd jobs, aren't you?
5      A.   Yes.
6      Q.   And you have been doing odd jobs for the
7  last 20 years, right?
8      A.   That is the way I was raised.
9      Q.   Okay.  Do you have that income disclosed in
10  your Statement of Financial Affairs?
11     A.   No.
12     Q.   So this $12,076 year to date business
13  income, does that reflect your odd job income?
14     A.   For the last 20 years?  No.
15     Q.   Is it reflected for the last -- for 2009?
16     A.   If that is the income I put down there,
17  yes.
18     Q.   Mr. Calloway, my question is, you have got
19  listed in your Statement of Financial Affairs, you
20  have got listed year to date debtor employment
21  business income $12,076 and your spouse's employment
22  business income of 3,933.91.  Does that include your
23  odd job income?
24     A.   If that is what is listed at the time, that
25  is all I had, that is what I listed.

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by: Vicki Beeler, CSR*

SHEET 25 PAGE 94

**94**

1  That is true.  If any of those aren't true, I could
2  change it.  But that answer to your question,
3  everything I said I don't know, means exactly what I
4  said, I don't know.
5       Q.   So you have told me the truth here today?
6       A.   How many times do I have to tell you that?
7  Do you want me to tell you again?
8       Q.   Yes.
9       A.   Yes.  Yes, sir.
10      Q.   Thank you.
11      A.   You're welcome.
12      Q.   Okay.  Mr. Calloway, do you have a
13  business -- do you have any kind of relationship
14  with a company called VEMAC, V-E-M-A-C, LLC?
15      A.   No.
16      Q.   Have you ever had any kind of relationship
17  with VEMAC, LLC?
18      A.   Yes.
19      Q.   What was the relationship?
20      A.   They purchased all of my assets from A Plus
21  Medical.
22      Q.   Why?
23      A.   Because they needed it.  That is why.
24      Q.   Why didn't A Plus Medical need it?
25      A.   Because I went out of business.  Don't that

PAGE 95

**95**

1  make sense?
2       Q.   And VEMAC, LLC are they still doing
3  business?
4       A.   You got to ask them.
5       Q.   I am asking you.  Do you know if they are
6  still doing business?
7       A.   No, I don't know.
8       Q.   Were they doing business at the time you
9  sold them the items that you disclosed that you sold
10  them?
11      A.   Yes.
12      Q.   And where were they officing at?
13      A.   I don't know where they were officing at.
14  When they acquired my assets they acquired my office
15  space.
16      Q.   And that was at 2801 Coltrane Place?
17      A.   Yes.
18      Q.   So VEMAC acquired your -- you said your
19  assets.  What assets did they acquire?
20      A.   Everything I owned.
21      Q.   What was that?
22      A.   They have all that.
23      Q.   Well, I am asking you, sir, what did you
24  sell -- did A Plus Medical of Oklahoma, Inc. sell or
25  transfer assets to VEMAC, LLC?

PAGE 96

**96**

1       A.   Yes.
2       Q.   What did they transfer?
3       A.   Everything we owned.
4       Q.   What did it own?
5       A.   All the inventory.  Everything the business
6  owned.
7       Q.   How much was the inventory?
8       A.   I don't know.
9       Q.   Did they transfer their equipment?
10      A.   Everything that we owned.
11      Q.   Okay.  Can you tell me what those -- what
12  the items transferred were?
13      A.   No.
14      Q.   Can you tell me what the dollar amount of
15  the transfer was?
16      A.   No.
17      Q.   Now, Mr. Calloway, you surely know -- did
18  you get any money for it?
19      A.   No.
20      Q.   So you don't -- you don't know the dollar
21  amount of the stuff that A Plus Medical of Oklahoma,
22  Inc. transferred to VEMAC, LLC, you don't know what
23  the value of that stuff was?
24      A.   Correct.
25      Q.   And you got nothing for it?

PAGE 97

**97**

1       A.   Correct.
2       Q.   And VEMAC, LLC acquired your office space
3  of A Plus Medical Care of Oklahoma, Inc. at 2801
4  Coltrane Place?
5       A.   Are you asking me that question?
6       Q.   Yes.
7       A.   Yes.
8       Q.   Are you an owner of some interest in VEMAC,
9  LLC?
10      A.   As I answered three, four hours ago, I own
11  nothing.
12      Q.   Who owns VEMAC, LLC?
13      A.   You got to look that up.
14      Q.   Does Steven Dyer own it?
15      A.   I don't know who owns it.
16      Q.   Okay.  Your Statement of Financial Affairs
17  Item 10 says that in January of 2009 you transferred
18  medical supply inventory, computers, furniture and
19  fixtures to VEMAC, LLC.  And you said that the
20  property value was zero and the value received was
21  zero.  Is that an accurate statement?
22      A.   Is that what you have on that paper?
23      Q.   Yes, sir, that is what is in your Statement
24  of Financial Affairs.
25      A.   Then at that time, it was accurate, yes, it

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by: Vicki Beeler, CSR*

SHEET 26   PAGE 98

98

1  is.
2      Q.   You can't tell me what the medical supply
3  inventory, computers, furniture and fixtures were?
4      A.   Yes, I can tell you.
5      Q.   What were they?
6      A.   Medical supplies, furniture and fixtures.
7      Q.   Were they worth zero?
8      A.   That is what you have.
9      Q.   I am asking you what they were worth, sir.
10     A.   That is what they were worth.  If that is
11 what is on the paper, that is accurate.  I'm not
12 going to change it.
13     Q.   Did you know VEMAC, LLC prior to the
14 transfer?
15     A.   No, I didn't.
16     Q.   You had never heard of them before the
17 transfer?
18     A.   No.
19     Q.   Why, sir, would A Plus Medical of Oklahoma,
20 Inc. give medical supply inventory, computers,
21 furniture and fixtures, why would it give it away to
22 an LLC that it does not know?
23     A.   Because I own the company.  That is my
24 business, and I can do what I want to do with it.
25     Q.   And VEMAC did not pay you any money for the

PAGE 99

99

1  transfer?  Did not pay A Plus Medical of Oklahoma
2  for any of the transferred items?
3      A.   For the third time, you are reading it on
4  the paper.  It says no.  How many more times do I
5  need to answer that?
6      Q.   Have you ever been paid any money at any
7  time in the past from VEMAC, LLC?
8      A.   Yes.
9      Q.   When?
10     A.   I don't know.
11     Q.   What was the amount that they paid?
12     A.   I don't know.
13     Q.   Was it after the transfer?
14     A.   Yes.
15     Q.   What was the money paid for?
16     A.   Well, for consulting.  They needed
17 assistance with clientele.
18     Q.   Okay.  How much did they pay you in
19 consulting fees?
20     A.   I don't know.
21     Q.   Did you list that income in your Statement
22 of Financial Affairs as well?
23     A.   Yep.
24     Q.   But you can't tell me the amount?
25     A.   I am saying it again.  I don't know.  Yes,

PAGE 100

10

1  I can tell you the amount.  I don't know.
2      Q.   Are you still doing work for VEMAC, LLC
3  today?
4      A.   No.
5      Q.   When is the last time they paid you money?
6      A.   I don't know.
7      Q.   Truly don't know?
8      A.   Well, the truth is the truth.  I don't
9  know.
10     Q.   Now, do you own a company called Medical
11 Enterprises, Inc.?
12     A.   No.
13     Q.   Have you ever heard of Medical Enterprises,
14 Inc.?
15     A.   Yes.
16     Q.   In fact, you incorporated that company in
17 1999, didn't you?
18     A.   I don't know what year.
19     Q.   But you did incorporate that company?
20     A.   Yes.
21     Q.   Who is Ricardo B. Madison?
22     A.   That is an associate I knew years ago.
23     Q.   Well, who owns Medical Enterprises, Inc.?
24     A.   Nobody.
25     Q.   How is that possible, sir?

PAGE 101

10

1      A.   Because it's closed.
2      Q.   Well, when were they closed?
3      A.   I don't know.
4      Q.   Well, they were recently reinstated by the
5  Secretary of State on June 23, 2008.
6      A.   Is my name on it?
7      Q.   That is what I am asking you, sir.  Do you
8  own that company?
9      A.   Is my name on it?
10     Q.   Sir, answer my question.  Do you own
11 Medical Enterprises, Inc.?
12     A.   I told you no.
13     Q.   Have you ever owned Medical Enterprises,
14 Inc.?
15     A.   Yes, I did.
16          MR. NUNN:  Counselor, I think your client
17 is being cagey with his answers.
18          THE WITNESS:  I am just answering the
19 questions.
20 BY MR. NUNN:
21     Q.   When did you own Medical Enterprises, Inc.?
22     A.   Years ago.
23     Q.   When did you cease to own an interest in
24 Medical Enterprises, Inc.?
25     A.   I don't know the exact year, sir.

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by: Vicki Beeler, CSR*

SHEET 27  PAGE 102

10

1    Q.   Was anybody else a co-owner with you?
2    A.   I don't know.  Could have been my wife.  I
3  don't know.
4    Q.   Is there anybody else that you are aware of
5  that might have owned an interest in Medical
6  Enterprises, Inc.?
7    A.   No, sir.
8    Q.   Did you cease to be an owner of Medical
9  Enterprises, Inc.?
10    A.   What do you mean by ceased?
11    Q.   Do you own today, do you own an interest in
12  Medical Enterprises, Inc.?
13    A.   I own nothing today, sir.
14    Q.   When did you cease to be an owner of
15  Medical Enterprises, Inc.?
16    A.   For the fourth time, I don't know.
17    Q.   But you know that you don't own an interest
18  today?
19    A.   Yes.
20    Q.   How did they get reinstated by the
21  Secretary of State on June 23, 2008?
22    A.   You got to ask the Secretary of State.  I
23  don't know.
24    Q.   How do you know that you don't still own an
25  interest in Medical Enterprises, Inc.?

PAGE 103

10

1    A.   I am an adult.  I know what I own.
2    Q.   But you can't tell me the date you ceased
3  to be an owner?
4    A.   Yes, I told you the date.
5    Q.   What was the date?
6    A.   I don't know.
7    Q.   Can you tell me why you ceased to be an
8  owner?
9    A.   Yeah.
10    Q.   Why?
11    A.   It's out of business.
12    Q.   Who reinstated it in June of '08?
13    A.   You got to ask the Secretary of State.  I
14  just told you that.  I didn't.
15    Q.   Do you own a company called the Next Level
16  Sports Management, Inc.?
17    A.   Nope.
18    Q.   Are you aware that you are listed as the
19  service agent for that company?
20    A.   Yes.
21    Q.   Okay.  What is your relationship with the
22  Next Level Sports Management, Inc.?
23    A.   Nothing.
24    Q.   Do you own an interest in that company?
25    A.   No.

PAGE 104

10

1    Q.   Have you ever owned an interest in that
2  company?
3    A.   Yes.
4    Q.   When?
5    A.   I don't know.
6    Q.   Can you tell me when you ceased to be an
7  owner of that company?
8    A.   I can't tell you that exact date either.
9    Q.   Can you tell me why you ceased to be an
10  owner of that company?
11    A.   No income.  Just like any other business.
12    Q.   Can you tell me why that company is still
13  active?
14    A.   Nope.  You got to ask the Secretary of
15  State.
16    Q.   Do you have any documents that would show a
17  transfer of your stock or ownership interest in
18  Medical Enterprises, Inc. or the Next Level Sports
19  Management, Inc.?
20    A.   No, I don't have anything.
21    Q.   Did you transfer your -- the ownership
22  interest in Medical Enterprises, Inc. and the Next
23  Level Sports Management, Inc. that you say you don't
24  remember when you owned it, do you have any
25  documents that would show when you transferred your

PAGE 105

10

1  interest?
2    A.   First of all, I never said I transferred
3  any interest, to answer your question.
4    Q.   Sir, if you owned it but don't now own it,
5  and they are active companies, where did that
6  interest go?
7    A.   It's closed.  I didn't say I transferred
8  anything.  You did.
9    Q.   Sir, look at your Statement of Financial
10  Affairs.
11    A.   Which one?
12    Q.   Exhibit Number 5.  You were asked on
13  Item 18(a) to list all companies or LLCs or
14  partnerships that you held an interest in within the
15  last six years.
16    A.   Where?
17    Q.   Item 18.
18    A.   What page?
19    Q.   At the top it says 41 of 65.
20    A.   Okay.  Where is the number?  19.  Okay.
21    Q.   Did you accurately complete this question,
22  fill out the information required of this question?
23    A.   Yes.  To the best of my knowledge, yes.
24    Q.   But you didn't list the Next Level Sports
25  Management, Inc. and you didn't list Medical

Deposition of Michael L. Calloway, taken on January 21, 2010 in Edmond, Oklahoma
*Reported by:  Vicki Beeler, CSR*

SHEET 31  PAGE 118

11

```
 1          MR. BROWN:  Oh, yes.
 2          (DEPOSITION CONCLUDED AT 12:41 P.M.)
 3                          JURAT
 4    STATE OF OKLAHOMA
 5    SS
 6    COUNTY OF OKLAHOMA
 7          I, MICHAEL L. CALLOWAY, SR. do hereby state
 8    under oath that that I have rad the above and
 9    foregoing deposition in its entirety, and that the
10    same is a full, true and correct transcription of my
11    testimony so given at said time and place, except
12    for the corrections noted.
13
14
      MICHAEL L. CALLOWAY, SR. _____
15
16          Subscribed and sworn to before me, the
17    undersigned Notary Public in and for the State of
18    Oklahoma on this, the _____ day of
19    _____, 2010.
20
21    Notary Public
22
      My Commission Expires: _____
23
24
25
```

PAGE 120

1

```
 1                     ERRATA SHEET
 2    RULE 2004 EXAM OF MICHAEL L. CALLOWAY, SR.
 3          DATE TAKEN:  January 21, 2010
 4          REPORTER:  Vicki Beeler, CSR
 5    NO CORRECTIONS ARE NECESSARY _____
 6    PAGE  LINE  CORRECTION
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21
22
23
24
25
```

PAGE 119

11

```
 1                    CERTIFICATE
 2    STATE OF OKLAHOMA
 3    SS
 4    OKLAHOMA COUNTY
 5          I, Vicki Beeler, Certified Shorthand
 6    Reporter, do hereby certify that the above named
 7    MICHAEL L. CALLOWAY, SR. was by me first duly sworn
 8    to testify the truth, the whole truth, and nothing
 9    but the truth in the case aforesaid; that the above
10    and foregoing Rule 2004 Exam was by me taken in
11    shorthand and thereafter transcribed; that the same
12    is true and correct; and that it was taken on the
13    21st day of January, 2010 at the time of 9:33 a.m.
14    in the City of Edmond, County of Oklahoma, State of
15    Oklahoma under the stipulations hereinbefore set
16    out, and that I am not attorney for or relative of
17    any of said parties or otherwise interested in the
18    event of said action.
19          IN WITNESS WHEREOF, I have hereunto set my
20    hand and official seal this 25th day of January,
21    2010.
22
      VICKI BEELER, CSR
23    State of Oklahoma, No. 00120
24
25
```

PAGE 121

12

```
 1                    MEMORANDUM
 2    TO:    MR. DAVID L. NUNN
             David L. Nunn, P.C.
 3           17 East First Street
             Edmond, Oklahoma 73034
 4
      FROM:  VICKI BEELER, CSR
 5           2521 Northwest 58th Place
             Oklahoma City, Oklahoma 73112
 6           (405) 840-6060
 7    DATE:  January 25, 2010
 8          Please have MICHAEL L. CALLOWAY, SR. read
 9    your copy of his deposition taken on January 21,
10    2010 in the above-styled case and sign the jurat
11    page before a notary public.  Also, make any needed
12    corrections on the enclosed errata sheet and not
13    directly on the transcript.
14          You have 30 days to return the jurat page
15    and the correction page to the above address; after
16    which the deposition will be sealed and forwarded to
17    the attorney who took the deposition for use in the
18    case without the jurat page or the corrections being
19    attached to the original deposition.
20          Thank you for your attention and
21    cooperation in this matter.
22
23
24
25
```