UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) <br> ) <br> MICHAEL L. CALLOWAY SR. And ) <br> LILLIE E. CALLOWAY, ) <br> ) <br>  Debtors. ) <br> _____ ) <br> ) <br> RED RIVER ROOFING AND ) <br> CONSTRUCTION, INC., ) <br> ) <br>  Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL L. CALLOWAY, SR. AND ) <br> LILLIE E. CALLOWAY, ) <br> ) <br>  Defendants. ) | Case No. 09-16011–SAH <br> Chapter 7 <br><br><br><br><br><br><br><br> ADV. No.  10-01043-SAH |

**CERTIFICATE OF SERVICE**

Reference is hereby made to the following order:  Order: (1) Regarding Opposing Motions For Summary Judgment; (2) Setting New Deadline to Respond to Plaintiff's Motion for Summary Judgment; and (3) Setting Hearing on Plaintiff's Motion for Summary Judgment  (adversary docket sheet item No.  31), filed October 8, 2010.

The below signed counsel hereby certifies to the court that a copy of the above and foregoing order was mailed by the undersigned, postage prepaid, on the 11th day of October, 2010, to:

Lillie E.  Calloway
PO Box 2031
Edmond, OK 73083

Respectfully submitted,

/s/ David L. Nunn
DAVID L. NUNN, OBA # 14512

-Of the Firm-

DAVID L. NUNN, P.C.
PO Box 230
Edmond, Oklahoma 73083-0230
(405) 330-4053
(405) 330-8470 (fax)
ATTORNEY FOR PLAINTIFF