B 263
9/94

# United States Bankruptcy Court

__Western__ District Of __Oklahoma__

In re  Michael L. Calloway, Sr. &
__Lillie E. Calloway__
       Debtor

Case No. __09-16011-SAH__

Chapter __7__

Red River Roofing & Construction, Inc.
       Plaintiff

v.

Michael L. Calloway, Sr. & Lillie E. Calloway
       Defendant

Adv. Proc. No. __10-01043-SAH__

## BILL OF COSTS

Notice is given that the following Bill of Costs will be presented to the bankruptcy clerk at the following place and time:

| Address | Room |
|---|---|
| 215 Dean A. McGee Ave.<br>Oklahoma City, OK 73102 | 147* |
| | Date and Time |
| | 12/28/10 @ 10:00 a.m. |

*court clerk's office

Judgment was entered in the above entitled action on __November 10, 2010__ against __Michael L. Calloway, Sr. & Lillie E. Calloway__
                                                         (date)

The clerk of the bankruptcy court is requested to tax the following as costs:

Fees of the clerk........ PX-2 ........................................................................... $ 250.00
Fees for service of summons and complaint .................................................. $ _____
Fees of the court reporter for any and all part of the transcript necessarily obtained for use in
  the case.. (X2)  $186.50 + $693.51   PX-3, PX-4 ..................................... $ 880.01
Fees and disbursements for printing ............................................................. $ _____
Fees for witnesses (itemized on reverse) ...................................................... $ _____
Fees for exemplifications and copies of papers necessarily obtained for use in this case .. PX-5 thru PX-10  $ 633.01
Docket fees under 28 U.S.C. § 1923 ............................................................ $ _____
Costs incident to taking of depositions ......................................................... $ _____
Costs as shown on Mandate of appellate court ............................................. $ _____
Other costs [Please itemize] ........................................................................ $ _____

TOTAL  $ 1,763.02

### DECLARATION

I, attorney for __Red River Roofing & Construction, Inc.__ declare under penalties of perjury that the
              (name of party)
foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name and Address of Judgment Debtor

Michael L. Calloway, Sr. & Lillie E. Calloway
PO Box 2031
Edmond, OK 73083-2031

November 24, 2010          David J. _____   OBA # 14512
       Date                     Signature of Attorney

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ _____

                                              Clerk of the Bankruptcy Court
                                    By: _____
       Date                                     Deputy Clerk

B 263
(9/94)

| WITNESS FEES (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)**
"COSTS. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice; on motion served within five days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL. When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period."

**Rule 9021, incorporating Federal Rule of Civil Procedure 58**
"Entry of the judgment shall not be delayed . . . in order to tax costs."

Dated: November 10, 2010 10:26:24
**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL L. CALLOWAY SR. And | ) Case No. 09-16011–SAH |
| LILLIE E. CALLOWAY, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| RED RIVER ROOFING AND | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ADV. No. 10-01043-SAH |
| | ) |
| MICHAEL L. CALLOWAY, SR. AND | ) |
| LILLIE E. CALLOWAY, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT AND ORDER DENYING DISCHARGE
### (11 U.S.C. § 727(a)(4))

This matter came on for hearing on October 27, 2010 pursuant to plaintiff Red River Roofing

and Construction, Inc.'s summary judgment motion (adversary docket sheet item No. 27, filed

Page 1 of 3



B  10-091

September 17, 2010) ("Motion"), and supporting appendix (adversary docket sheet item No. 28). Plaintiff's complaint (adversary docket sheet item No. 1) asserted claims against the debtors/defendants, Michael L. Calloway, Sr. and Lillie E. Calloway, under 11 U.S.C. §§ 727(a)(2), (a)(3), (a)(4) and (a)(5). Plaintiff's complaint also asserted claims under 11 U.S.C. §§ 523(a)(2) and (a)(6). In the Motion, plaintiff moved for summary judgment against both debtors/defendants on its claim under 11 U.S.C. § 727(a)(4)(i.e., false oath).

Plaintiff appeared at the hearing through counsel, David L. Nunn. Debtor/defendant Michael L. Calloway (only) filed a response (docket sheet item no. 38) and he (only) appeared at the hearing. The court announced "of record" detailed findings of facts and conclusions of law. In consideration of the Motion, Michael Calloway's response, the record and evidence before the court, and the events of the hearing, the court finds that the Motion should be, and is hereby, granted. Specifically, it is hereby ORDERED, ADJUDGED, AND DECREED, that pursuant to 11 U.S.C. § 727(a)(4), debtor/defendant Michael L. Calloway, Sr. and debtor/defendant Lille E. Calloway, should be denied, and are hereby denied, their discharge under 11 U.S.C. § 727.

The court further finds that plaintiff's claims under 11 U.S.C. §§ 727(a)(2), (a)(3), and (a)(5), and 523(a)(2) and (a)(6), are mooted by the court's judgment in favor of plaintiff on its § 727(a)(4) claims and the denial of each debtor/defendant's discharge. Accordingly, this judgment and order is, and shall be deemed to be, a final judgment resolving all claims at issue in the case. (Any claim by plaintiff for attorney fees and/or costs are hereby reserved, and shall be asserted by the methods and within the times prescribed by Fed. R. Civ. P. 54(d)).

# # # #

Prepared by:
/s/ David L. Nunn
DAVID L. NUNN, OBA #14512

- Of the Firm -

DAVID L. NUNN, P.C.
PO Box 230
Edmond, OK 73083-0230
405-330-4053
405-330-8470 (fax)
ATTORNEY FOR PLAINTIFF

Judgment and Order Denying Discharge–Adv. No. 10-01043-SAH

## U.S. Bankruptcy Court
### Western District of Oklahoma
### Internet Payment History for Nunn, David L.
### 3/26/2010 to 3/26/2010

| Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|
| 2010-03-26 13:34:04 | Red River Roofing and Construction, Inc. v. Calloway et al Complaint(10-01043) [cmp,cmp] ( 250.00) | credit card | 2242980 | $ 250.00 |



PLAINTIFF'S EXHIBIT 2

Vicki Beeler, CSR  
Certified Shorthand Reporter  
2521 Northwest 58th Place  
Oklahoma City, Oklahoma 73112

Invoice

| DATE | INVOICE # |
|---|---|
| 7/27/2010 | 681 |

## INVOICE TO

Mr. David L. Nunn  
17 East First Street  
Edmond, Oklahoma 73034

## CASE STYLE

Court: US Bankruptcy/Western  
Case No: 09-16011-BH  
In Re: Michael Calloway & Lillie Calloway, Debtors.

## DESCRIPTION

Transcript of Proceedings of Meeting of Creditors  
Held December 8, 2009 before Lyle R. Nelson, Trustee.

POSTED

Thank you for your business! Vicki Beeler, CSR SS # ████8537

Total　186.50


PLAINTIFF'S EXHIBIT 3

# Invoice

Vicki Beeler, CSR
Certified Shorthand Reporter
2521 Northwest 58th Place
Oklahoma City, Oklahoma 73112

| DATE | INVOICE # |
|---|---|
| 1/23/2010 | 653 |

## INVOICE TO

Mr. David L. Nunn
17 East First Street
Edmond, Oklahoma 73034

## CASE STYLE

Court: US Bankruptcy/Western
Case No: 09-16011-BH
In re: Michael L. Calloway
and Lillie Calloway, Debtors.

## DESCRIPTION

Rule 2004 Exam of Michael L. Calloway.

Date: January 21, 2010.

Location: Edmond, Oklahoma.

Original and One Copy of the Deposition.

Condensed Transcript & Word Index.

Exhibits Attached.

Thank you for your business!
Vicki Beeler, CSR Tax # ▇▇▇-8537

Total 693.51



PLAINTIFF'S EXHIBIT 4



| | |
|---|---|
| From: | &lt;ArkansasGovPay@ark.org&gt; |
| To: | ▆▆▆▆▆@DAVIDLNUNNPC.COM&gt; |
| Sent: | Tuesday, August 17, 2010 2:43 PM |
| Subject: | Arkansas GovPay Receipt |

Thank you. Your payment is complete.
Your account will be charged by Arkansas GovPay - Arkansas Government Services.

| Service Item | Amount | Qty. | Instructions |
|---|---|---|---|
| 1. Copies Business Services | $6.00 | 1 | 1396021 CC 800093358 |

## Payment Summary

| | |
|---|---|
| Amount Paid: | $6.00 |
| Transaction Fee: | $1.00 |
| Total: | $7.00 |
| Payment Status: | Complete |
| Order Date/Time: | 08/17/2010 02:43 PM |
| Order Id: | 20100817024200265 |
| Name on card: | DAVID L. NUNN |
| Email Address: | ▆▆▆▆▆@DAVIDLNUNNPC.COM |
| Phone Number: | 405-330-4053 |
| Address: | ▆▆▆▆▆ EDMOND, OK 73003, UNITED STATES |
| Card number: | ***********2005 |
| Expiration: | ▆▆▆▆ |

*Redactions made by David L. Nunn on 11/23/10.*

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.441 / Virus Database: 271.1.1/3077 - Release Date: 08/17/10 06:35:00





PLAINTIFF'S EXHIBIT 5

8/17/2010

Business Services Division
State Capitol
Little Rock, Arkansas 72201-1094



Charlie Daniels
Secretary of State

Office of the Secretary of State
Packing Slip

August 17, 2010

Page 1 of 1

DAVID L. NUNN, PC
P. O. Box 230
Edmond, OK 73083 USA

Batch Number: 1396021
Client ID: 214569794

Batch Date: 8-17-2010
Return Method: Mail

Total Charges $6.00
Total Amount Credited to Client Account $0.00

User: J. Butler

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 13960210002 | D. Certified copies of a record or document | A PLUS MEDICAL CARE OF ARKANSAS, INC. 800093358 | 2 | $6.00 |
| | | Total Document Fees | | $6.00 |

| Payment Type | Payment Status | Payment Reference | Payment Amount |
|---|---|---|---|
| Cash | Retained | 1396021 | $6.00 |
| | | Total Payments Received | $6.00 |

Notice per Act 1008 of 2007 - A corporate filing with the Arkansas Secretary of State does not necessarily give you the right to use your proposed corporate name, corporate name, assumed or fictitious name in this state if the use violates someone else's trade name, trademark, or service mark rights under the trademark laws of the United States, this state, or the common law. Prior to your use of the name, you are encouraged to research the names and marks of other parties used or registered in this state, or registered in the United States Patent and Trademark Office, or consult an attorney to determine the existence of any conflicting rights.

Notice to all Online Customers:

The processing fee charged by INA for online filings will NOT show on this receipt. Please refer to the online receipt you received via email for the total amount paid.

Come visit us on the Internet @ http://www.sos.arkansas.gov
Phone (501)-682-3409

Thank you. Your payment is complete.
Your account will be charged by Arkansas GovPay - Arkansas Government Services.

| Service Item | Amount | Qty. | Instructions |
|---|---|---|---|
| 1. Copies Business Services | $6.00 | 1 | 1396021 CC 800093358 |

## Payment Summary

| | |
|---|---|
| Amount Paid: | $6.00 |
| Transaction Fee: | $1.00 |
| Total: | $7.00 |
| Payment Status: | Complete |
| Order Date/Time: | 08/17/2010 02:43 PM |
| Order Id: | 20100817024200265 |
| Name on card: | DAVID L. NUNN |
| Email Address: | ███████@DAVIDLNUNNPC.COM |
| Phone Number: | 405-330-4053 |
| Address: | ███████████ EDMOND, OK 73003, UNITED STATES |
| Card number: | ***********2005 |
| Expiration: | ███ |



# OKLAHOMA SECRETARY OF STATE

| M. Susan Savage<br>Secretary of State | 2300 N. Lincoln Blvd., Room 101<br>Oklahoma City, OK 73105-4897 | Brad Henry<br>Governor |
|---|---|---|

August 3, 2010                    **STATEMENT**                    Page 1 of

DAVID L. NUNN, P.C.
17 EAST FIRST STREET
EDMOND OK 73034

Client ID: 58014199

*Payment Due 178.00*

Process Date:                                                    Receive Date: 8/3/10

| Document Number | Document Detail | Filing Number | Entity Name | Page Count | Fee |
|---|---|---|---|---|---|
| 15129890002 | Certified copies of a record or document | 1900568400 | A PLUS MEDICAL CARE INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 1912090981 | A PLUS MEDICAL CARE OF OKLAHOMA, INC. | 2 | $12.00 |
| 15129890002 | Certified copies of a record or document | 1900566152 | ADVANCED MEDICAL & RESPIRATORY SERVICES, INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512202552 | ALL IN ONE PROPERTY MANAGEMENT SERVICES, LLC | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 1912166326 | ALL IN ONE PROPERTY MANAGEMENT SERVICES, INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512219634 | CORNERSTONE ESTATE PLANNING, LLC | 2 | $12.00 |
| 15129890002 | Certified copies of a record or document | 3512075560 | HIGH EXPECTATIONS, LLC | 2 | $12.00 |
| 15129890002 | Certified copies of a record or document | 1900627860 | MEDICAL ENTERPRISES, INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512126352 | PART-TIME SERVICES LLC | 2 | $12.00 |
| 15129890002 | Certified copies of a record or document | 1912170281 | PERCEPTION CONSULTING, INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512202553 | PERCEPTION CONSULTING, LLC | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512214069 | PREMIER PROVIDERS, LLC | 2 | $12.00 |
| 15129890002 | Certified copies of a record or document | 1912152462 | THE NEXT LEVEL SPORTS MANAGEMENT, INC. | 3 | $13.00 |
| 15129890002 | Certified copies of a record or document | 3512219632 | VEMAC, LLC | 4 | $14.00 |

*POSTED*

**PLAINTIFF'S EXHIBIT 6**

Office (405)521-3911                    http://172.16.1.130                    (405)521-3771

|  |  | Total Document Fees | $178.00 |
|---|---|---|---|

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Walk-In/Blank Check | Received |  | $0.00 |
|  |  | **Total Payments Received** | **$0.00** |
|  |  | **Total Amount Charged to Client Account** | **$178.00** |
|  |  | **Total Amount Credited to Client Account** | **$0.00** |

*Note:* Total Amount Credited to Client Account will be refunded within 15 days of receipt of written request.
Evidence of Filed Document(s) or Orders(s) requested is enclosed.
**Please include Client ID number on all correspondence.**

 **Read Message**    Previous | Next   Back to: Inbox

From: ArkansasGovPay@ark.org
Date: 2010/08/26 Thu PM 02:18:04 CDT
To: DNUNN@DAVIDLNUNNPC.COM
Subject: Arkansas GovPay Receipt

Reply | Reply All | Forward    Delete    Move To: (Choose Folder)

Thank you. Your payment is complete.
Your account will be charged by Arkansas GovPay - Arkansas Government Services.

| Service Item | Amount | Qty. | Instructions |
|---|---|---|---|
| 1. Copies Business Services | $2.50 | 1 | 1398513 RC 800104430 |

## Payment Summary

| | |
|---|---|
| Amount Paid: | $2.50 |
| Transaction Fee: | $1.00 |
| Total: | $3.50 |
| Payment Status: | Complete |
| Order Date/Time: | 08/26/2010 02:18 PM |
| Order Id: | 20100826021635770 |
| Name on card: | DAVID L. NUNN |
| Email Address: | DNUNN@DAVIDLNUNNPC.COM |
| Phone Number: | 405-330-4053 |
| Address: | [redacted] EDMOND, OK 73003, UNITED STATES |
| Card number: | ************2005 |
| Expiration: | [redacted] |

Reply | Reply All | Forward | Delete   Move To: (Choose Folder)

Search Messages       Previous | Next   Back to: Inbox

© 2001 Openwave Systems, Inc. All Rights Reserved    Help

*Handwritten note:* RR/cullover  Redactions made by DAVID L. NUNN on 11/03/10





PLAINTIFF'S EXHIBIT 7

Thank you. Your payment is complete.
Your account will be charged by Arkansas GovPay - Arkansas Government Services.

| Service Item | Amount | Qty. | Instructions |
|---|---|---|---|
| 1. Copies Business Services | $5.50 | 1 | 1400802 CC 800104430 |

## Payment Summary

| | |
|---|---|
| Amount Paid: | $5.50 |
| Transaction Fee: | $1.00 |
| Total: | $6.50 |
| Payment Status: | Complete |
| Order Date/Time: | 09/07/2010 02:17 PM |
| Order Id: | 201009070021628587 |
| Name on card: | DAVID L. NUNN |
| Email Address: | DNUNN@DAVIDLNUNNPC.COM |
| Phone Number: | 405-330-4053 |
| Address: | ██████████ EDMOND, OK 73003, UNITED STATES |
| Card number: | ***********2005 |
| Expiration: | ██████ |

POSTED

RD/Calloway



Business Services Division
State Capitol
Little Rock, Arkansas 72201-1094



Charlie Daniels
Secretary of State

September 07, 2010

Office of the Secretary of State
**Packing Slip**

Page 1 of 1

DAVID L. NUNN, P.C. ATTORNEY AT LAW

P. O. Box 230
Edmond, OK 73083 USA

**Batch Number:** 1400802          **Batch Date:** 9-7-2010
**Client ID:** 214841333           **Return Method:** Mail

| | |
|---|---:|
| Total Charges | $5.50 |
| Total Amount Credited to Client Account | $0.00 |

**User:** J. Butler

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 14008020002 | D. Certified copies of a record or document | MACSCO LLC 800104430 | 1 | $5.50 |
| | | Total Document Fees | | $5.50 |

| Payment Type | Payment Status | Payment Reference | Payment Amount |
|---|---|---|---|
| Cash | Retained | 1400802 | $5.50 |
| | | Total Payments Received | $5.50 |

**Notice per Act 1008 of 2007** - A corporate filing with the Arkansas Secretary of State does not necessarily give you the right to use your proposed corporate name, corporate name, assumed or fictitious name in this state if the use violates someone else's trade name, trademark, or service mark rights under the trademark laws of the United States, this state, or the common law. Prior to your use of the name, you are encouraged to research the names and marks of other parties used or registered in this state, or registered in the United States Patent and Trademark Office, or consult an attorney to determine the existence of any conflicting rights.

**Notice to all Online Customers:**

The processing fee charged by INA for online filings will NOT show on this receipt. Please refer to the online receipt you received via email for the total amount paid.

*Come visit us on the Internet @ http://www.sos.arkansas.gov*
Phone (501)-682-3409



FedEx Office is your destination
for printing and shipping.

101 E 2nd St
Edmond, OK 73034-3813
Tel: (405) 340-9339

9/16/2010                3:02:31 PM CST
Team Member: Derek D.

                    SALE

Auto-Feed ScantoPDF      379 @     0.2500 T
  2862 Regular Price     0.25
DC Media CD Master         1 @     9.9500 T
  1447 Regular Price     9.95

    Regular Total      104.70
    Discounts            0.00

    Total              104.70


Sub-Total                         104.70
Tax                                 8.11
Deposit                             0.00

Total                             112.81

AmEx (S)                          112.81
    Account: 2005
    Auth: 542622 (A)

    Total Tender                  112.81
    Change Due                      0.00


    Total Discounts      0.00

*4204003954*



PLAINTIFF'S EXHIBIT 9



**IKON Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions - Oklahoma City, OK
Phone: (405) 232-3141   Fax: (405) 232-4138
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | OKC10090114 |
| Invoice Date: | 09/17/2010 |
| Due Date: | 10/17/2010 |
| Terms: | Net 30 Days |
| Customer Code: | OKC-NUN |
| Natl ID: | 33350 |

**BILL TO:**
NUNN, DAVID
PO BOX 230
EDMOND, OK 73083-0230

**SHIP TO:**
NUNN, DAVID
PO BOX 230
EDMOND, OK 73083-0230

Attn: DAVID NUNN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| CALLOWAY | | | House Account - Outside Terr |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0100 | 09/17/2010 | DAVID NUNN - NUNN, DAVID | | | | |
| 600 | Binds - Acco | | 8.00 | 2.5000 | | 20.00 |
| 565 | B&W Copies A - Autofeed | | 2,667.00 | 0.0800 | | 213.36 |

**POSTED**

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 233.36 |
| Sales Tax: | 18.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **251.45** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
NUNN, DAVID
PO BOX 230
EDMOND, OK 73083-0230

**Amount Enclosed**
$ _____

**Invoice:** OKC10090114
Invoice Date: 09/17/2010
Due Date: 10/17/2010
Customer Code: OKC-NUN
Natl ID: 33350

**Please Remit To:**
IKON Office Solutions
Dallas District - OKC
P O Box 676466
Dallas, TX 75267-6466


**PLAINTIFF'S EXHIBIT 10**

PAY THIS AMOUNT $ 251.45